IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 04-CV-0354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION

Plaintiff

vs.

KELSEY L. GARMAN,
KOINONIA INCOME ACCOUNT,
KOINONIA INVESTMENT CLUB II,
KOINONIA 100/200 CLUB AND
KOINONIA KINGDOM CLUB

Defendants

---

### ORDER ON RECEIVER'S FIFTH APPLICATION FOR APPROVAL OF PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR THE PERIOD FROM APRIL 1, 2005 THROUGH JUNE 30, 2005

---

THE COURT, being advised in the premises and having reviewed the Receiver's Fifth Application for approval of Payment of Receiver's Fees and Expenses for the Period April 1, 2005 through June 30, 2005 (the "Fifth Application"), and any responses thereto filed by the parties, and finding the Receiver's fees and expenses are reasonable and necessary to the proper administration of this receivership estate,

ORDERS that the Fifth Application is approved and the Receiver's fees previously paid pursuant to the Court's order of May 25, 2004 in the amount of $ 18,774.00 , and expenses incurred in the amount of $ 12,358.01 during the period April 1, 2005 through June 30, 2005, are hereby approved by the Court.

DATED this 9th day of Aug , 2005.

BY THE COURT:

_Boyd N. Boland_
Boyd N. Boland
United States Magistrate Judge