IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

KELSEY L. GARMAN,
KOINONIA INCOME ACCOUNT,
KOINONIA INVESTMENT CLUB II,
KOINONIA 100/200 CLUB, and
KOINONIA KINGDOM CLUB,

Defendants.
_____

**ORDER**
_____

The matter is before me on the **Request for Review of Joyce Garman** [Doc. # 103, filed 5/24/05] (the "Request for Review"). In view of my order entered today approving the parties' stipulation regarding Joyce Garman's Claim:

IT IS ORDERED that the Request for Review is DENIED as moot.

Dated January 30, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge