IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 04-CV-0354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

vs.

KELSEY. L. GARMAN,
KOINONIA INCOME ACCOUNT,
KOINONIA INVESTMENT CLUB II,
KOINONIA 100/200 CLUB AND
KOINONIA KINGDOM CLUB

    Defendants

---

### ORDER RE: RECEIVER'S MOTION TO APPROVE
### STIPULATION REGARDING JOYCE GARMAN'S CLAIM

---

**THE COURT**, being advised in the premises and having reviewed the Receiver's Motion to Approve Stipulation Regarding Joyce Garman's Claim ("Motion to Approve"), and any response thereto, and finding the Stipulation Regarding Joyce Garman's Claim to be fair and equitable, and in the best interest of this receivership estate,

**ORDERS** that the Motion to Approve is granted and the Stipulation Regarding Joyce Garman's Claim is approved. The claim of Joyce Garman shall be amended and allowed in the amount of $52,165.09.

DATED this 30th day of January, 2006.

BY THE COURT:

_/s/ Boyd N. Boland_
Boyd N. Boland
United States Magistrate Judge