IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

KELSEY L. GARMAN,
KOINONIA INCOME ACCOUNT,
KOINONIA INVESTMENT CLUB II,
KOINONIA 100/200 CLUB, and
KOINONIA KINGDOM CLUB,

Defendants.

---

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

This matter is before me on the **Receiver's Motion to Approve Report Concerning Allowance and Disallowance of Claims and to Authorize Interim Distribution** [Doc. # 117, filed 9/30/05] (the "Motion"). I respectfully RECOMMEND that the Motion be GRANTED; that the Receiver's Report concerning the approval and disapproval of claims be APPROVED; and that an interim distribution of funds be ORDERED as indicated on Exhibit 1 to this recommendation.

This action was commenced by a complaint filed by the Securities and Exchange Commission on February 27, 2004. The complaint alleges that:

(1)     Defendant Kelsey L. Garman ("Garman") controlled and directed the activities of four investment funds--Koinonia Investment Club II; Koinonia Income Account; Koinonia 100/200; and Koinonia Kingdom Club--that pooled the money of unsophisticated investors;

(2)     Garman falsely represented to have had spectacular success trading securities on behalf of the Koinonia funds; and

(3)     Contrary to Garman's representations, the Koinonia funds had sustained substantial losses.

At the request of the SEC, a Receiver was appointed on March 2, 2004.  The Receiver took control of the assets of the Koinonia funds and investigated the transactions engaged in by the funds and the funds' financial condition.  The Receiver filed a report on October 12, 2004 (the "Report"), concerning the financial condition and the transactions of the Koinonia funds. The Report stated, among other things:

> The Koinonia Entities are either in the form of a partnership or an affiliation with the general partner or nominee appointed to manage the affairs and investments of the entity.  In either case, [Kelsey] Garman served as the general partner or as the nominee and maintained control and discretionary authority over all of the underlying brokerage and bank accounts.  In addition, Garman was the only person authorized to either trade, sign checks or initiate transfers among these various accounts.

Report, p.4.  The Report reviewed each of the Koinonia funds.  The Receiver reported that he believed that he had located all of the accounts where money existed.  Id.  The Receiver also reported that commingling of the assets of the various funds had occurred.  Finally, the Receiver reported:

> [T]he amount reported to investors in January 1998 was about $1.9 million greater than the value of the underlying assets held in the brokerage accounts.  This differential steadily increased until January 2004 when the value reported to investors was $7.005 million more than what was held in the brokerage accounts.

Id.

By an order dated December 6, 2004, I substantively consolidated the various Koinonia

funds.  In doing so, I found that Garman had ignored the formalities of the different funds; had

hopelessly commingled the assets of the Koinonia funds; and that reconstruction of the various

funds either was impossible or would substantially waste assets and delay resolution of the case.

Also in the order substantively consolidating the funds, I noted:

> The Receiver has reported that at the time he took control of the
> Koinonia investments, Garman stated that they had a value of
> approximately $16 million.  After taking control of the
> investments, the Receiver has determined their value at only
> $8.975 million; the remaining $7.025 million was phantom gains
> reported to the investors by Garman but never earned.

Order [Doc. #70, filed 12/6/04], at p.2.

On February 18, 2005, I found that the Receiver was prepared to receive and process

claims from investors in the Koinonia funds, and I entered an order establishing procedures for

such claims.  The procedures required the Receiver to send a claim form and related materials to

all known and reasonably ascertainable holders of claims within 10 days of February 18, 2005.

The claimants were required to complete a claim form and to submit it to the Receiver on or

before April 18, 2005.  The Receiver then had 30 days within which to allow or disallow claims.

The procedures also allowed claimants to challenge within 20 days of receiving notice of the

disallowance any decision by the Receiver disallowing a claim.  Finally, the procedures provided:

> Failure by the Claimant to file and serve a request for review
> within 20 days after service of the notice of disallowance shall bar
> further review of the Receiver's determination and, to the extent of
> the disallowance, the Claimant shall not be entitled to share in the
> assets of the Receivership Estate. . . .

[Doc. # 86, filed 2/18/05.]

On May 18, 2005, the Receiver issued his report allowing and disallowing claims. At the time of that report, the Receiver stated that he had received 369 claims; had allowed 297 of the claims in specified amounts; and had disallowed 72 claims, including 28 claims disallowed due to technical deficiencies. In only one instance--involving the claim of Jayce Garman, Kelsey Garman's wife--was a challenge to the Receiver's decision filed.

In a Status Report filed by the Receiver on September 1, 2005, the Receiver modified his May 18 report allowing and disallowing claims to indicate that the challenge filed by Mrs. Garman had been resolved among the parties and that a reduced claim by Mrs. Garman had been allowed by the Receiver. I approved the settlement of Mrs. Garman's challenge by an order entered January 30, 2006. [Doc. # 133, filed 1/30/06].

Following a status conference at which the claims processing was thoroughly discussed, I ordered the Receiver to file and serve the following:

> [A] motion for approval of his Report Concerning Allowance and Disallowance of Claims. The motion shall specify the following information:
> (1) The name of each claimant whose claim the Receiver has allowed; the amount allowed; the amount proposed to be paid on the claim after the proportionate reduction; and the amount to be paid in the proposed interim distribution; and
> (2) The name of each claimant whose claim the Receiver has disallowed and the reason(s) the claim was disallowed.

Order [Doc. # 114, filed 9/7/05], at p.3. The September 7 Order also provided:

> [U]pon the filing of the motion for approval, I shall review it and make a recommendation to the district judge concerning the report and the proposed interim distribution. Thereafter, all interested parties shall have 10 days after service of the recommendation to serve and file specific, written objections to it.

Id., at pp3-4.

The Receiver filed the pending Motion as required by the September 7 Order.  In the Motion, the Receiver states:

(1)      A total of 371 claims were filed.  The Motion identifies three claims that were omitted from the Receivers' report allowing and disallowing claims.  One of the omitted claims, by Garrett Wagner, was allowed.  Motion, ¶2.  Two of the omitted claims, one by Lee Moe and the other by Karen Maldy, were disallowed.  Id., ¶3.

(2)      The receiver allowed 298 claims in specified amounts.  Id., ¶2.

(3)      Twenty-six claims were objected to by the Receiver as overstating the amounts to which the claimants were entitled.  The Receiver proposes that each of these 26 claims be allowed in a reduced amount.  Id., ¶3.  None of the 26 claimants whose claims are reduced in this manner previously sought review of the Receiver's objection to the greater claim amount or his proposed reduction in the amount to be allowed.  Id.

(4)      Twenty-eight claims were objected to due to technical deficiencies.  Id., ¶4.  The Receiver now has allowed these claims in specified amounts.  Id.

(5)      The Joyce Garman claim, which was disallowed by the Receiver, and over which judicial review was sought, has been resolved among the parties in a reduced amount.  Id., ¶5.

(6)      Eighteen claims were disallowed in their entirety.  Id., ¶9.  These claims were disallowed by the Receiver because the claimants did not sustain any out-of-pocket loss in connection with their investments.  Id.  None of these claimants sought judicial review of the Receiver's decision to disallow their claims.  Id.  The failure of these claimants to seek review "bar[s] further review of the Receiver's determination. . . ."  See supra, p.3.

(7)      The total value of the claims allowed by the Receiver is $10,386,141.50, and the

anticipated amount available for distribution is only $9,013,866.67. Motion, ¶7. Consequently, the Receiver proposes a proportionate reduction of each claim by 14%. Id.

(8)     The Receiver recommends that an interim distribution of all available funds, other than a $500,000 hold-back, be made at this time. According to the receiver, "[a] reserve of $500,000 should be sufficient to meet future costs of administration, including professional fees and costs to prepare and finalize the final receivership tax returns." Id., 8.

(9)     The Receiver prepared a schedule, which he attached as Exhibit 1 to the Motion, itemizing each allowed claim; the amount of each allowed claim; the value of each allowed claim after a 14% proportionate reduction; the proposed interim distribution to each claimant; and the amount held back in reserve. The schedule is attached as Exhibit 1 to this recommendation.

No objection to the Motion has been received.

I have reviewed the Motion, the allowance and disallowance of claims, and the Receiver's exhibit concerning the amount of allowed claims and proposed interim distribution. The receiver's work is thorough, thoughtful, and accurate. No unresolved objections exist to the Receiver's decisions to allow or disallow claims.

I respectfully RECOMMEND that the Motion be GRANTED; that the claims identified on Exhibit 1 hereto be APPROVED by the Court in the amount specified on Exhibit 1; that the court APPROVE the proportionate reduction of each claim by 14% as specified on Exhibit 1; and that the court order an interim distribution of funds in the total amount of $8,516,635.99, as specified on Exhibit 1.

Additionally, IT IS ORDERED that the Receiver shall cause a copy of this recommendation to be served by United States mail, first class delivery, on each party to this

action and on each of the claimants.

IT IS FURTHER ORDERED that all interested parties shall have 10 days after service of this recommendation on them by the Receiver to serve and file specific, written objections to it. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated January 31, 2006.

BY THE COURT:

United States Magistrate Judge

**EXHIBIT 1 TO RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

SEC v. Kelsey Garman, et al.                                                                                    Exhibit 1
Final Distribution Report of Allowed Claims

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Proposed Interim Distribution Amount | Remaining Amount to be Distributed (1) |
|---|---|---|---|---|---|
| 1.0 | Acheson, Dan & Susanne | $ 600.00 | $ 520.72 | $ 492.00 | $ 28.72 |
| 3.0 | Acheson, Mel & Virginia | 10,425.00 | 9,047.59 | 8,548.50 | 499.09 |
| 947.0 | Adams, Daniel | 1,135.49 | 985.46 | 931.10 | 54.36 |
| 946.0 | Adams, John | 1,134.07 | 984.23 | 929.94 | 54.29 |
| 6.0 | Adams, Melvin D. & Betty L. | 49,330.39 | 42,812.58 | 40,450.92 | 2,361.66 |
| 949.0 | Alexander, Sue | 280,204.92 | 243,182.69 | 229,768.03 | 13,414.66 |
| 13.1 | Carlson Family Trust | 23,800.00 | 20,655.41 | 19,516.00 | 1,139.41 |
| 13.0 | Anderson, Keith & Charlotte | 19,700.00 | 17,097.13 | 16,154.00 | 943.13 |
| 18.0 | Anderson, Wesley & Judith | 161,304.50 | 139,992.05 | 132,269.69 | 7,722.36 |
| 20.0 | Archer, Jenene | 2,264.00 | 1,964.87 | 1,856.48 | 108.39 |
| 102.1 | Audette, Jack | 1,225.00 | 1,063.15 | 1,004.50 | 58.65 |
| 875.0 | Baerg, Brittany | 988.00 | 857.46 | 810.16 | 47.30 |
| 25.1 | Baerg, Cody | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 25.0 | Baerg, Dan & Joyce | 12,000.00 | 10,414.49 | 9,840.00 | 574.49 |
| 25.2 | Baerg, Toby | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 876.0 | Baerg, Zachary | 988.00 | 857.46 | 810.16 | 47.30 |
| 27.0 | Baghott, John & Lorraine | 9,950.00 | 8,635.35 | 8,159.00 | 476.35 |
| 979.0 | Baldridge, Sam & Sandra | 55,000.00 | 47,733.09 | 45,100.00 | 2,633.09 |
| 38.0 | Barnes, Carroll & Carmen | 34,988.00 | 30,365.19 | 28,690.16 | 1,675.03 |
| 39.0 | Barnes, Cloyd & Wanda | 1,200.00 | 1,041.45 | 984.00 | 57.45 |
| 40.0 | Barnes, Eugene | 5,253.00 | 4,558.94 | 4,307.46 | 251.48 |
| 905.0 | Barney, Adam | 2,350.00 | 2,039.50 | 1,927.00 | 112.50 |
| 41.1 | Barney, Benjamin | 1,400.00 | 1,215.02 | 1,148.00 | 67.02 |
| 41.2 | Barney, Christina | 1,275.00 | 1,106.54 | 1,045.50 | 61.04 |
| 904.0 | Barney, Emily | 1,275.00 | 1,106.54 | 1,045.50 | 61.04 |
| 41.0 | Barney, Janice | 1,900.00 | 1,648.96 | 1,558.00 | 90.96 |
| 43.0 | Bates, Chris & Carol | 12,680.00 | 11,004.65 | 10,397.60 | 607.05 |
| 585.1 | Beauty for Ashes | 20,000.00 | 17,357.49 | 16,400.00 | 957.49 |
| 48.0 | Beck, Dempsey | 7,100.00 | 6,161.91 | 5,822.00 | 339.91 |
| 49.0 | Becker, Burleigh & Sandra | 120.00 | 104.14 | 98.40 | 5.74 |
| 52.0 | Beckham, Lewis & Gwendolyn | 85,577.11 | 74,270.19 | 70,173.23 | 4,096.96 |
| 822.0 | Best, John & Carolyn | 3,988.00 | 3,461.08 | 3,270.16 | 190.92 |
| 70.1 | Bolton, Daniel | 2,238.65 | 1,942.87 | 1,835.69 | 107.18 |
| 70.0 | Bolton, Darrell & Tami | 49,123.22 | 42,632.79 | 40,281.04 | 2,351.75 |
| 71.0 | Bolton, Donald & Betty | 74,796.09 | 64,913.61 | 61,332.79 | 3,580.82 |
| 70.2 | Bolton, Ryan | 2,301.34 | 1,997.27 | 1,887.10 | 110.17 |
| 28.0 | Bowland, Carolyn | 3,458.00 | 3,001.11 | 2,835.56 | 165.55 |
| 74.0 | Boyd, Bobbie | 6,036.12 | 5,238.59 | 4,949.62 | 288.97 |
| 80.0 | Brown, Lamont & Anne | 14,200.00 | 12,323.82 | 11,644.00 | 679.82 |
| 854.0 | Brown, Lavelle | 12,992.31 | 11,275.69 | 10,653.89 | 622.00 |
| 81.0 | The Kent S. & Betty D. Brownlow Family Trust | 13,708.83 | 11,897.54 | 11,241.24 | 656.30 |
| 851.0 | Brumfiel, John | 650.00 | 564.12 | 533.00 | 31.12 |
| 933.0 | Burkholder, George R. | 35,000.00 | 30,375.61 | 28,700.00 | 1,675.61 |
| 444.0 | Burkholder, Ruth M. | 22,526.00 | 19,549.74 | 18,471.32 | 1,078.42 |
| 824.0 | Burnham, Esther M. | 1,133.50 | 983.74 | 929.47 | 54.27 |
| 825.0 | Burnham, Joel S. | 952.00 | 826.22 | 780.64 | 45.58 |
| 826.0 | Burnham, Susanna R. | 2,686.59 | 2,331.62 | 2,203.00 | 128.62 |
| 985.0 | Bursau, Maurice | 10,000.00 | 8,678.74 | 8,200.00 | 478.74 |
| 938.0 | Cardillo, Francis | 7,791.14 | 6,761.73 | 6,388.73 | 373.00 |
| 96.0 | Carlisle, Carl & Mary | 3,200.00 | 2,777.20 | 2,624.00 | 153.20 |
| 827.0 | Carlsen, Douglas G. | 62,000.00 | 53,808.21 | 50,840.00 | 2,968.21 |
| 102.0 | Caven, Don & Joyce | 4,239.68 | 3,679.51 | 3,476.54 | 202.97 |
| 104.1 | Ceramitek | 31,422.61 | 27,270.88 | 25,766.54 | 1,504.34 |
| 111.2 | Childers III, Ted | 26,900.00 | 23,345.82 | 22,058.00 | 1,287.82 |
| 111.0 | Childers, Ted & Phoebe | 11,138.00 | 9,666.39 | 9,133.16 | 533.23 |
| 118.0 | Christensen, Elroy & Marta | 240.00 | 208.29 | 196.80 | 11.49 |
| 119.0 | Christensen, James & JoAnne | 290.00 | 251.68 | 237.80 | 13.88 |
| 117.0 | Christensen, Norma | 4,160.00 | 3,610.36 | 3,411.20 | 199.16 |
| 121.0 | Christner, Diane | 120.00 | 104.14 | 98.40 | 5.74 |
| 122.0 | Clarke, Drew & Beth | 14,550.00 | 12,627.57 | 11,931.00 | 696.57 |
| 123.0 | Clarke, Fred | 113,572.24 | 98,566.44 | 93,129.24 | 5,437.20 |
| 931.0 | Conley, Dean & Ann | 2,325.00 | 2,017.81 | 1,906.50 | 111.31 |
| 943.0 | Connolly, Brendan S. | 75.00 | 65.09 | 61.50 | 3.59 |

SEC v. Kelsey Garman, et al.  
Final Distribution Report of Allowed Claims

Exhibit 1

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Proposed Interim Distribution Amount | Remaining Amount to be Distributed (1) |
|---|---|---|---|---|---|
| 828.0 | Coolidge, Melvin & Linda | 65,918.89 | 57,209.32 | 54,053.49 | 3,155.83 |
| 548.1 | Courtright, Rachel | 2,100.00 | 1,822.54 | 1,722.00 | 100.54 |
| 135.0 | Cover, James & Dee | 10,000.00 | 8,678.74 | 8,200.00 | 478.74 |
| 102.2 | Coy, Portia | 1,325.00 | 1,149.93 | 1,086.50 | 63.43 |
| 138.0 | Crenshaw, Dan & Judy | 22,000.00 | 19,093.24 | 18,040.00 | 1,053.24 |
| 812.0 | Crenshaw, Jon | 18,538.00 | 16,088.66 | 15,201.16 | 887.50 |
| 140.0 | Crowfoot, Rick & Karen | 85.00 | 73.77 | 69.70 | 4.07 |
| 399.0 | Cuppy, JoAnne | 54,024.35 | 46,886.35 | 44,299.97 | 2,586.38 |
| 147.0 | Davis, Kim & Lee Anne | 20,000.00 | 17,357.49 | 16,400.00 | 957.49 |
| 983.0 | Davis, Robin | 40,000.00 | 34,714.98 | 32,800.00 | 1,914.98 |
| 152.0 | Deak, Steven & Elizabeth | 15,925.00 | 13,820.90 | 13,058.50 | 762.40 |
| 157.0 | Deveaux, Denis & Frances | 32,994.15 | 28,634.78 | 27,055.20 | 1,579.58 |
| 836.0 | Diamond, Joseph | 21,992.29 | 19,086.55 | 18,033.68 | 1,052.87 |
| 160.0 | Dick, Lois | 28,638.00 | 24,854.19 | 23,483.16 | 1,371.03 |
| 165.0 | Dolan, Paul & Cheryl | 2,464.00 | 2,138.44 | 2,020.48 | 117.96 |
| 168.0 | Dortch, John | 1,250.00 | 1,084.84 | 1,025.00 | 59.84 |
| 102.3 | Edwards, Katie | 1,225.00 | 1,063.15 | 1,004.50 | 58.65 |
| 102.4 | Edwards, Michael | 1,225.00 | 1,063.15 | 1,004.50 | 58.65 |
| 176.0 | Ekno, Tim J. | 25,386.47 | 22,032.27 | 20,816.91 | 1,215.36 |
| 837.0 | Farmer, Clara | 41,800.00 | 36,277.15 | 34,276.00 | 2,001.15 |
| 182.0 | Farmer, Daniel & Judy | 44,834.00 | 38,910.28 | 36,763.88 | 2,146.40 |
| 838.0 | Farmer, Stephanie | 4,975.00 | 4,317.68 | 4,079.50 | 238.18 |
| 185.1 | Fee, Caroline | 6,675.00 | 5,793.08 | 5,473.50 | 319.58 |
| 185.0 | Fee, Gregory & Cristine | 4,014.99 | 3,484.51 | 3,292.29 | 192.22 |
| 186.0 | Fee, Ray & Margaret | 50,378.00 | 43,721.78 | 41,309.96 | 2,411.82 |
| 950.0 | Ferguson, Danelle | 6,000.00 | 5,207.25 | 4,920.00 | 287.25 |
| 873.0 | Fick, Alan & Georgia | 20,000.00 | 17,357.49 | 16,400.00 | 957.49 |
| 194.0 | Foltz, Ann | 950.00 | 824.48 | 779.00 | 45.48 |
| 210.0 | Galloway, Bob & Eunice | 3,500.00 | 3,037.56 | 2,870.00 | 167.56 |
| 548.2 | Gammill, Aaron | 1,500.00 | 1,301.81 | 1,230.00 | 71.81 |
| 548.3 | Gammill, Chandra | 2,100.00 | 1,822.54 | 1,722.00 | 100.54 |
| 898.1 | LaLuz Spanish Gospel Tape | 170,000.00 | 147,538.65 | 139,400.00 | 8,138.65 |
| 898.2 | Little Children Mission | 15,000.00 | 13,018.12 | 12,300.00 | 718.12 |
| 898.0 | Gamwell, Stanley | 50,000.00 | 43,393.72 | 41,000.00 | 2,393.72 |
| 910.0 | Garagorry, Oswaldo & Sonia | 4,000.01 | 3,471.51 | 3,280.01 | 191.50 |
| 215.1 | Garman, Joyce | 52,195.09 | 45,272.75 | 42,775.37 | 2,497.38 |
| 217.0 | Gates, Donald R & Julie A. | 1,200.00 | 1,041.45 | 984.00 | 57.45 |
| 991.0 | Glanville, Charles & Lee | 15,000.00 | 13,018.12 | 12,300.00 | 718.12 |
| 998.0 | Glanville, Robert and Jacquelyn | 1,500.00 | 1,301.81 | 1,230.00 | 71.81 |
| 969.0 | Grainger, Malcolm & Johnie | 13,134.38 | 11,398.99 | 10,770.19 | 628.80 |
| 238.0 | Grey, John & Geraldine | 650.00 | 564.12 | 533.00 | 31.12 |
| 354.0 | Griffin, Amanda J. | 220.00 | 190.93 | 180.40 | 10.53 |
| 357.0 | Grover, Jeanne E. | 10,000.00 | 8,678.74 | 8,200.00 | 478.74 |
| 358.0 | Grubbs, David & Catherine | 40,335.00 | 35,005.72 | 33,074.70 | 1,931.02 |
| 924.0 | Gustman, Bethany | 11,500.00 | 9,980.56 | 9,430.00 | 550.56 |
| 362.0 | Gustman, Ronald & Shirley | 72,000.00 | 62,486.96 | 59,040.00 | 3,446.96 |
| 364.0 | Gutierrez, Conrad & Heidi | 20,995.96 | 18,221.86 | 17,216.69 | 1,005.17 |
| 976.0 | Haggerty, Deidre | 14,758.63 | 12,808.64 | 12,102.08 | 706.56 |
| 977.0 | Haggerty, Patrick | 8,500.00 | 7,376.93 | 6,970.00 | 406.93 |
| 815.0 | Haggerty, Tom & Terri | 1,914.00 | 1,661.11 | 1,569.48 | 91.63 |
| 893.0 | Hagiwara, Charlotte | 28,210.08 | 24,482.81 | 23,132.27 | 1,350.54 |
| 855.0 | Haines, Tyler | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 882.0 | Hallet Estate, Marion | 54,500.00 | 47,299.16 | 44,690.00 | 2,609.16 |
| 995.0 | Hammel, Sean | 300.00 | 260.36 | 246.00 | 14.36 |
| 370.0 | Hanselman, Ron & Jill | 64.00 | 55.54 | 52.48 | 3.06 |
| 864.0 | Hayes, Doris | 500.00 | 433.94 | 410.00 | 23.94 |
| 377.0 | Hayes, Lee & Sandi | 2,275.00 | 1,974.41 | 1,865.50 | 108.91 |
| 380.0 | Helling, Lillian | 228.00 | 197.88 | 186.96 | 10.92 |
| 970.0 | Helling, Marilee | 1,200.00 | 1,041.45 | 984.00 | 57.45 |
| 381.0 | Herber, E.A. | 3,950.00 | 3,428.10 | 3,239.00 | 189.10 |
| 381.1 | Herber, Shirley | 74,211.53 | 64,406.29 | 60,853.45 | 3,552.84 |
| 975.1 | Hoffpauir, John | 4,550.00 | 3,948.83 | 3,731.00 | 217.83 |
| 975.0 | Hoffpauir, Patricia | 5,125.00 | 4,447.86 | 4,202.50 | 245.36 |

SEC v. Kelsey Garman, et al.                                                                                    Exhibit 1
Final Distribution Report of Allowed Claims

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Proposed Interim Distribution Amount | Remaining Amount to be Distributed (1) |
|---|---|---|---|---|---|
| 390.0 | Hogue, Dick & Marilyn | 7,627.60 | 6,619.80 | 6,254.63 | 365.17 |
| 897.0 | Hojnowski, Jim & Marianne | 6,000.00 | 5,207.25 | 4,920.00 | 287.25 |
| 393.0 | Holland, Eugene & Paula | 71,420.00 | 61,983.59 | 58,564.40 | 3,419.19 |
| 396.0 | Hopper, Marvin & Sharon | 20,306.54 | 17,623.53 | 16,651.36 | 972.17 |
| 984.0 | Houchins, Laura | 70,414.99 | 61,111.37 | 57,740.29 | 3,371.08 |
| 870.0 | Huber, Kenneth W & Gloria C. | 17,255.99 | 14,976.03 | 14,149.91 | 826.12 |
| 401.0 | Huebl (KIA #1), Norm & Lorna | 67,182.76 | 58,306.20 | 55,089.86 | 3,216.34 |
| 402.0 | Huebl, Marc & Madeleine | 55,328.48 | 48,018.17 | 45,369.35 | 2,648.82 |
| 407.0 | Jackson, Kenneth C & Joan C. | 79,500.00 | 68,996.02 | 65,190.00 | 3,806.02 |
| 411.0 | The Robert E & Anita Joan Jensen Family Trust | 59,046.68 | 51,245.10 | 48,418.28 | 2,826.82 |
| 420.0 | Johnson, Eleanor | 9,459.08 | 8,209.29 | 7,756.45 | 452.84 |
| 418.0 | Johnson, Marian A. | 23,368.63 | 20,281.04 | 19,162.28 | 1,118.76 |
| 422.0 | Jones, Stephen & Donna | 15,938.00 | 13,832.18 | 13,069.16 | 763.02 |
| 994.0 | Jones, William & Jo Ann | 22,000.00 | 19,093.24 | 18,040.00 | 1,053.24 |
| 872.0 | Jumper, Allan | 44,000.00 | 38,186.48 | 36,080.00 | 2,106.48 |
| 431.0 | Kaminski, Andrew & Patsy | 940.00 | 815.80 | 770.80 | 45.00 |
| 840.0 | Kamps, Edwin & Wilma | 20,000.00 | 17,357.49 | 16,400.00 | 957.49 |
| 437.0 | Keim, Marianne Jean | 2,387.00 | 2,071.62 | 1,957.34 | 114.28 |
| 438.0 | Keller, Charles E & Sally | 9,450.00 | 8,201.41 | 7,749.00 | 452.41 |
| 439.0 | Kershner, Lyniel & Sandra | 240.00 | 208.29 | 196.80 | 11.49 |
| 952.1 | Kindall, Annabell | 2,500.00 | 2,169.69 | 2,050.00 | 119.69 |
| 963.0 | Kindall, Carolyn | 10,000.00 | 8,678.74 | 8,200.00 | 478.74 |
| 859.0 | Kindall, Daniel & April | 120,000.00 | 104,144.93 | 98,400.00 | 5,744.93 |
| 859.1 | Kindall, Elijah | 2,000.00 | 1,735.75 | 1,640.00 | 95.75 |
| 443.0 | Kindall, Evand & Avona | 312,094.08 | 270,858.47 | 255,917.15 | 14,941.32 |
| 859.2 | Kindall, Noah | 4,000.00 | 3,471.50 | 3,280.00 | 191.50 |
| 952.0 | Kindall, Steve & Marjean | 13,272.41 | 11,518.79 | 10,883.38 | 635.41 |
| 935.0 | King, Philip | 11,500.00 | 9,980.56 | 9,430.00 | 550.56 |
| 445.0 | King, Robert & Hannah | 38,000.00 | 32,979.23 | 31,160.00 | 1,819.23 |
| 446.0 | King, Sheridan | 21,440.00 | 18,607.23 | 17,580.80 | 1,026.43 |
| 447.0 | Klakulak, Matt & Michelle | 37,850.00 | 32,849.05 | 31,037.00 | 1,812.05 |
| 449.1 | Klibbe, Dominique | 710.00 | 616.19 | 582.20 | 33.99 |
| 449.2 | Klibbe, Jonathan | 710.00 | 616.19 | 582.20 | 33.99 |
| 104.0 | Knorowski, Andy & Peggy | 37,489.03 | 32,535.77 | 30,741.00 | 1,794.77 |
| 455.0 | Kogler, Doug & LuAnn | 1,920.00 | 1,666.32 | 1,574.40 | 91.92 |
| 456.0 | Kohlrieser, John | 10,000.00 | 8,678.74 | 8,200.00 | 478.74 |
| 458.0 | Korach, Donald & Marjorie | 5,000.00 | 4,339.37 | 4,100.00 | 239.37 |
| 460.0 | Krahmer, Ronald & Barbara | 600.00 | 520.72 | 492.00 | 28.72 |
| 463.0 | Krispinsky, Genevieve | 4,007.00 | 3,477.57 | 3,285.74 | 191.83 |
| 680.0 | Kruger, Teri & Walter | 733.41 | 636.51 | 601.40 | 35.11 |
| 466.0 | Kuhn, Gregory & Debra | 14,650.00 | 12,714.36 | 12,013.00 | 701.36 |
| 861.0 | Kulp, Kara | 725.00 | 629.21 | 594.50 | 34.71 |
| 862.0 | Kulp, Kori | 900.00 | 781.09 | 738.00 | 43.09 |
| 861.1 | Kulp, Kortne | 1,150.00 | 998.06 | 943.00 | 55.06 |
| 862.1 | Kulp, Kyle | 700.00 | 607.51 | 574.00 | 33.51 |
| 468.0 | Kulp, Willis & Evelyn | 12,410.00 | 10,770.32 | 10,176.20 | 594.12 |
| 470.0 | Kuster, Melvin | 520.00 | 451.29 | 426.40 | 24.89 |
| 474.0 | Lawrence, Darlene | 7,225.00 | 6,270.39 | 5,924.50 | 345.89 |
| 476.0 | LeBlanc, Ronald & Linda | 4,975.00 | 4,317.68 | 4,079.50 | 238.18 |
| 102.5 | Lee, Cassandra | 950.00 | 824.48 | 779.00 | 45.48 |
| 102.6 | Lee, Donald | 850.00 | 737.69 | 697.00 | 40.69 |
| 102.7 | Lee, Elizabeth | 850.00 | 737.69 | 697.00 | 40.69 |
| 479.0 | LeFebre, Brad & Annemarie | 17,475.00 | 15,166.11 | 14,329.50 | 836.61 |
| 481.0 | LeFebre, Cory & Candace | 3,751.99 | 3,256.26 | 3,076.63 | 179.63 |
| 482.0 | LeFebre, Don & Meribeth | 6,087.75 | 5,283.40 | 4,991.96 | 291.44 |
| 485.0 | LeFebre, Lee & Betty | 44,545.64 | 38,660.02 | 36,527.42 | 2,132.60 |
| 488.0 | Lemay, Norman & Deanna | 41,939.38 | 36,398.12 | 34,390.29 | 2,007.83 |
| 490.0 | The Licata Trust | 17,100.88 | 14,841.42 | 14,022.72 | 818.70 |
| 909.0 | Lopes, Diane & John | 100.00 | 86.79 | 82.00 | 4.79 |
| 497.0 | Loser, Larry & Jan | 28,525.00 | 24,756.12 | 23,390.50 | 1,365.62 |
| 968.0 | Loveland, Rob & Jessica | 5,000.00 | 4,339.37 | 4,100.00 | 239.37 |
| 989.0 | Ludvicek, Ghislaine | 16,211.00 | 14,069.11 | 13,293.02 | 776.09 |
| 501.0 | Lunoe, Richard W & Jean G. | 31,000.00 | 26,904.11 | 25,420.00 | 1,484.11 |

SEC v. Kelsey Garman, et al.                                                                    Exhibit 1
Final Distribution Report of Allowed Claims

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Proposed Interim Distribution Amount | Remaining Amount to be Distributed (1) |
|---|---|---|---|---|---|
| 502.0 | Mackelprang, Toni | 14,963.00 | 12,986.01 | 12,269.66 | 716.35 |
| 504.0 | Madonna, Rick | 200,000.00 | 173,574.89 | 164,000.00 | 9,574.89 |
| 507.0 | Manuele, Anthony & Magdalene | 148,090.00 | 128,523.52 | 121,433.80 | 7,089.72 |
| 508.0 | Manus, Ronald & Phyllis | 141,168.00 | 122,516.10 | 115,757.76 | 6,758.34 |
| 511.0 | Marshall, Wallace J & Lois C. | 528.20 | 458.41 | 433.12 | 25.29 |
| 986.0 | McColm, Pearl | 15,000.00 | 13,018.12 | 12,300.00 | 718.12 |
| 900.0 | McDowell, Chris & Jenny | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 526.0 | McGlamery, Harold & Alice | 63,479.31 | 55,092.07 | 52,053.03 | 3,039.04 |
| 527.0 | McMechen, Monte & Megan | 2,430.00 | 2,108.93 | 1,992.60 | 116.33 |
| 530.0 | Melton, Claude | 2,983.60 | 2,589.39 | 2,446.55 | 142.84 |
| 589.0 | Meschke, Rachel | 55,676.00 | 48,319.78 | 45,654.32 | 2,665.46 |
| 534.0 | Meyer, Donald & Suzanne | 60,200.00 | 52,246.04 | 49,364.00 | 2,882.04 |
| 856.0 | Midkiff, Tiffanie | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 543.0 | Miller, William & Cynthia | 2,550.00 | 2,213.08 | 2,091.00 | 122.08 |
| 929.1 | Mission Evangelism Foundation | 35,678.80 | 30,964.72 | 29,256.62 | 1,708.10 |
| 548.0 | Mlady, Karen A. | 704.12 | 611.09 | 577.38 | 33.71 |
| 843.0 | Moe, Lee R. | 11,293.86 | 9,801.65 | 9,260.97 | 540.68 |
| 996.0 | Mohling, Wilma | 12,005.90 | 10,419.61 | 9,844.84 | 574.77 |
| 549.0 | Moncrieff, David & Cathy | 1,150.00 | 998.06 | 943.00 | 55.06 |
| 1001.2 | Morrow Trust, Maxwell | 900.00 | 781.09 | 738.00 | 43.09 |
| 1001.1 | Morrow Trust, William | 900.00 | 781.09 | 738.00 | 43.09 |
| 557.0 | Mosier, Ed & Barbara | 112,898.20 | 97,981.46 | 92,576.52 | 5,404.94 |
| 558.0 | Moskau, Mike & Linda | 104,490.00 | 90,684.20 | 85,681.80 | 5,002.40 |
| 561.0 | Mulder, Harley | 169,033.49 | 146,699.84 | 138,607.46 | 8,092.38 |
| 562.0 | Mullet, Brad & Karl | 6,488.00 | 5,630.77 | 5,320.16 | 310.61 |
| 562.1 | Mullet, Jacob | 300.00 | 260.36 | 246.00 | 14.36 |
| 562.2 | Mullet, Kelsey | 300.00 | 260.36 | 246.00 | 14.36 |
| 562.3 | Mullet, Peter | 300.00 | 260.36 | 246.00 | 14.36 |
| 562.4 | Mullet, Whitney | 300.00 | 260.36 | 246.00 | 14.36 |
| 563.0 | Murray, Vera L | 17,590.88 | 15,266.68 | 14,424.52 | 842.16 |
| 102.8 | Nabholz, Nicholas | 1,225.00 | 1,063.15 | 1,004.50 | 58.65 |
| 566.1 | Nafziger, Joel S. | 1,850.00 | 1,605.57 | 1,517.00 | 88.57 |
| 566.2 | Nafziger, Katie | 1,850.00 | 1,605.57 | 1,517.00 | 88.57 |
| 566.0 | Nafziger, Sanford & Sue | 57,492.22 | 49,896.03 | 47,143.62 | 2,752.41 |
| 566.3 | Nafziger, Sara | 2,300.00 | 1,996.11 | 1,886.00 | 110.11 |
| 567.0 | Nee, Aletha | 600.00 | 520.72 | 492.00 | 28.72 |
| 964.0 | Neely, Adrien | 100.00 | 86.79 | 82.00 | 4.79 |
| 883.0 | Nelson, Jon E & Pat | 219,126.53 | 190,174.31 | 179,683.75 | 10,490.56 |
| 570.0 | Nelson, Vernelle | 9,000.00 | 7,810.87 | 7,380.00 | 430.87 |
| 980.0 | Norvell, Todd or Debra | 2,500.00 | 2,169.69 | 2,050.00 | 119.69 |
| 576.0 | Olson, Dennis & Eleanor | 34,898.47 | 30,287.49 | 28,616.75 | 1,670.74 |
| 577.0 | Olson, Don & Lois | 894.60 | 776.40 | 733.57 | 42.83 |
| 863.0 | Olson, Kayla | 625.00 | 542.42 | 512.50 | 29.92 |
| 863.1 | Olson, Keith | 325.00 | 282.06 | 266.50 | 15.56 |
| 954.0 | Olson, Winston | 14,988.00 | 13,007.70 | 12,290.16 | 717.54 |
| 965.0 | Ottaviani, Tim & Lulu | 12,000.00 | 10,414.49 | 9,840.00 | 574.49 |
| 895.0 | Padavic, Irene | 5,000.00 | 4,339.37 | 4,100.00 | 239.37 |
| 930.0 | Palmer, Celia | 55,000.00 | 47,733.09 | 45,100.00 | 2,633.09 |
| 584.0 | Palmer, Gerald | 68,720.00 | 59,640.33 | 56,350.40 | 3,289.93 |
| 593.0 | Pepek, Fred & Nancy | 934.60 | 811.12 | 766.37 | 44.75 |
| 600.0 | Phillips, Joan | 14,800.00 | 12,844.54 | 12,136.00 | 708.54 |
| 982.0 | Porter, Richard & Denise | 7,500.00 | 6,509.06 | 6,150.00 | 359.06 |
| 890.0 | Protsman, Sun lm | 30,000.00 | 26,036.23 | 24,600.00 | 1,436.23 |
| 955.0 | Quezada, Sixto & Maria | 600.00 | 520.72 | 492.00 | 28.72 |
| 6.1 | Ranew, Jakob | 750.00 | 650.91 | 615.00 | 35.91 |
| 615.0 | Rapp, Rick & Brenda | 11,244.09 | 9,758.46 | 9,220.15 | 538.31 |
| 617.0 | Raybum, Lucas | 150.00 | 130.18 | 123.00 | 7.18 |
| 619.0 | Rector, John & Sue | 2,300.00 | 1,996.11 | 1,886.00 | 110.11 |
| 990.0 | Reece, Mark & Enid | 15,000.00 | 13,018.12 | 12,300.00 | 718.12 |
| 1000.0 | Rees Trust FBO Christine Coolidge, Gertrude | 2,246.84 | 1,949.97 | 1,842.41 | 107.56 |
| 620.0 | Rees, Ron & Kay | 65,906.88 | 57,198.90 | 54,043.64 | 3,155.26 |
| 960.0 | Reinertsen, Peter & Ellen | 2,500.00 | 2,169.69 | 2,050.00 | 119.69 |
| 623.0 | Richardson, Alan & Karen | 240.00 | 208.29 | 196.80 | 11.49 |

SEC v. Kelsey Garman, et al.                                                                                                    Exhibit 1
Final Distribution Report of Allowed Claims

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Proposed Interim Distribution Amount | Remaining Amount to be Distributed (1) |
|---|---|---|---|---|---|
| 625.0 | Roach, Gene | 4,300.00 | 3,731.86 | 3,526.00 | 205.86 |
| 865.0 | Robbins, Brent & Martha | 23,600.00 | 20,481.84 | 19,352.00 | 1,129.84 |
| 628.0 | Rogers, W.F. & Shirley | 56,000.00 | 48,600.97 | 45,920.00 | 2,680.97 |
| 631.1 | Romig, Jonathan | 2,000.00 | 1,735.75 | 1,640.00 | 95.75 |
| 631.2 | Romig, Matthew | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 631.3 | Romig, Nathaniel | 2,000.00 | 1,735.75 | 1,640.00 | 95.75 |
| 631.0 | Romig, Paul & Ellen | 10,100.00 | 8,765.53 | 8,282.00 | 483.53 |
| 633.0 | Rosenow, Richard & Patricia | 16,975.00 | 14,732.17 | 13,919.50 | 812.67 |
| 636.0 | Row, James & Dolores | 23,105.05 | 20,052.28 | 18,946.14 | 1,106.14 |
| 638.0 | Row, Lewis & Joy | 5,235.00 | 4,543.32 | 4,292.70 | 250.62 |
| 866.0 | Rowe, Dana | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 639.0 | Rowell, Walter & Edith | 9,490.00 | 8,236.13 | 7,781.80 | 454.33 |
| 886.0 | Rust, Anna | 189,513.67 | 164,474.07 | 155,401.21 | 9,072.86 |
| 841.0 | Sanders, Tom & Nancy | 19,978.00 | 17,336.66 | 16,380.32 | 956.34 |
| 649.0 | Sannan, H. Peter | 6,067.13 | 5,265.51 | 4,975.05 | 290.46 |
| 653.0 | Schilling, Ed & Lanell | 36,540.00 | 31,712.13 | 29,962.80 | 1,749.33 |
| 660.1 | Schoffmann, Abigail | 7,160.00 | 6,213.98 | 5,871.20 | 342.78 |
| 660.2 | Schoffmann, Miriam | 2,150.00 | 1,865.93 | 1,763.00 | 102.93 |
| 661.0 | Schunter, Naydene | 43,799.29 | 38,012.28 | 35,915.42 | 2,096.86 |
| 662.0 | Sebesta, Greg & Trish | 6,000.00 | 5,207.25 | 4,920.00 | 287.25 |
| 662.1 | Sebesta, Kelly | 2,300.00 | 1,996.11 | 1,886.00 | 110.11 |
| 662.2 | Sebesta, Rachel | 2,300.00 | 1,996.11 | 1,886.00 | 110.11 |
| 664.0 | Sellars, Don & Laurie | 9,799.67 | 8,504.88 | 8,035.73 | 469.15 |
| 926.0 | Semchenko, Joyce | 23,000.00 | 19,961.11 | 18,860.00 | 1,101.11 |
| 665.0 | Shanklin, Myra | 988.00 | 857.46 | 810.16 | 47.30 |
| 670.1 | Shirley Trust, Mamon | 33,098.42 | 28,725.27 | 27,140.70 | 1,584.57 |
| 670.0 | Shirley, Mamon | 3,080.00 | 2,673.05 | 2,525.60 | 147.45 |
| 670.2 | Shirley, Mamon & Zellers, Stephanie Shirley | 5,000.00 | 4,339.37 | 4,100.00 | 239.37 |
| 111.1 | Simpson, Audra | 12,275.00 | 10,653.16 | 10,065.50 | 587.66 |
| 919.0 | Sinclair, Michael & Gail | 37,000.00 | 32,111.35 | 30,340.00 | 1,771.35 |
| 683.0 | Slingo, Carol | 41,000.00 | 35,582.85 | 33,620.00 | 1,962.85 |
| 978.0 | Smilanic, Steven & Penny | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 686.0 | Smith, Carolyn | 39,932.25 | 34,656.18 | 32,744.45 | 1,911.73 |
| 689.0 | Smith, David L. & Donna | 66,425.00 | 57,648.56 | 54,468.50 | 3,180.06 |
| 706.0 | Speirs, Randall & Anna | 10,576.00 | 9,178.64 | 8,672.32 | 506.32 |
| 711.0 | Steele Family Living Trust | 39,480.49 | 34,264.11 | 32,374.00 | 1,890.11 |
| 712.0 | Steele, John & Darley | 120.00 | 104.14 | 98.40 | 5.74 |
| 953.0 | Steen, Esther M. | 10,000.00 | 8,678.74 | 8,200.00 | 478.74 |
| 713.0 | Steere, Anthony & Leigh Ann | 51,080.69 | 44,331.62 | 41,886.17 | 2,445.45 |
| 716.0 | Stevens, Marie | 29,335.00 | 25,459.10 | 24,054.70 | 1,404.40 |
| 718.0 | Stime, Timothy | 180.00 | 156.22 | 147.60 | 8.62 |
| 912.0 | Stolper, Bob & Kathy | 25,700.00 | 22,304.37 | 21,074.00 | 1,230.37 |
| 720.0 | Straarup, Al & Janice | 25,000.00 | 21,696.86 | 20,500.00 | 1,196.86 |
| 723.0 | Straney, Donal & Sally | 2,205.77 | 1,914.33 | 1,808.73 | 105.60 |
| 724.0 | Straney, Lory C. | 100.00 | 86.79 | 82.00 | 4.79 |
| 723.1 | Straney, Sally (Inheritance) | 19,851.93 | 17,228.98 | 16,278.58 | 950.40 |
| 887.0 | Strege, Joshua N. | 120.00 | 104.14 | 98.40 | 5.74 |
| 725.0 | Strege, Micah | 120.00 | 104.14 | 98.40 | 5.74 |
| 726.0 | Strickfaden, Jeff & Carla | 333,488.00 | 289,425.71 | 273,460.16 | 15,965.55 |
| 830.0 | Stuart, Reta | 64,316.32 | 55,818.49 | 52,739.38 | 3,079.11 |
| 730.0 | Sullivan, James & Louella | 116,550.50 | 101,151.20 | 95,571.41 | 5,579.79 |
| 945.0 | Sundby, Jr, Gordon E. & Marilyn F. | 30,000.00 | 26,036.23 | 24,600.00 | 1,436.23 |
| 853.1 | Swift, Jennifer | 5,249.27 | 4,555.71 | 4,304.40 | 251.31 |
| 853.0 | Swift, Russell & Martha | 4,246.20 | 3,685.17 | 3,481.88 | 203.29 |
| 853.2 | Swift, Sarah | 5,245.48 | 4,552.42 | 4,301.29 | 251.13 |
| 1002.0 | Thompson Family Trust, UA 7-8-1986, James H. & Anna R. | 125,000.00 | 108,484.30 | 102,500.00 | 5,984.30 |
| 845.0 | Thut, Myrtis | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 29.0 | Tinkle, Robyn | 60,000.00 | 52,072.47 | 49,200.00 | 2,872.47 |
| 981.0 | Trippe, C. Vinson & Anne C. | 5,100.00 | 4,426.16 | 4,182.00 | 244.16 |
| 749.0 | Troyer, Dean & Clytice | 8,660.00 | 7,515.79 | 7,101.20 | 414.59 |
| 750.1 | Trujillo, Erin | 200.00 | 173.57 | 164.00 | 9.57 |
| 750.2 | Trujillo, Josiah | 200.00 | 173.57 | 164.00 | 9.57 |
| 754.0 | Uchida, Melvyn & Mary L. | 18,183.23 | 15,780.76 | 14,910.25 | 870.51 |

SEC v. Kelsey Garman, et al.                                                                    Exhibit 1
Final Distribution Report of Allowed Claims

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Proposed Interim Distribution Amount | Remaining Amount to be Distributed (1) |
|---|---|---|---|---|---|
| 756.1 | Van Hal, Marie | 63,025.00 | 54,697.79 | 51,680.50 | 3,017.29 |
| 756.0 | Maranatha Investments | 1,241,268.70 | 1,077,265.37 | 1,017,840.33 | 59,425.04 |
| 756.2 | Van Hal, Mary P. | 6,850.00 | 5,944.94 | 5,617.00 | 327.94 |
| 756.3 | Van Hal, Matthew | 55,512.88 | 48,178.21 | 45,520.56 | 2,657.65 |
| 939.0 | Van Hal, Michael | 49,425.28 | 42,894.94 | 40,528.73 | 2,366.21 |
| 871.0 | Van Hal, Michele | 40,742.75 | 35,359.59 | 33,409.06 | 1,950.53 |
| 759.0 | Van Tress, Eugene Jr & Joyce | 36,500.00 | 31,677.42 | 29,930.00 | 1,747.42 |
| 766.0 | Visser, Evan & Jill | 4,128.59 | 3,583.10 | 3,385.44 | 197.66 |
| 767.0 | Visser, Jeff & Cathy | 1,275.00 | 1,106.54 | 1,045.50 | 61.04 |
| 819.0 | Voelker, Ted & Lisa | 952.00 | 826.22 | 780.64 | 45.58 |
| 769.2 | Wagner (ICRU Trust), Gary | 90,626.68 | 78,652.58 | 74,313.88 | 4,338.70 |
| 769.0 | Wagner Trust #10470, Gary | 50,000.00 | 43,393.72 | 41,000.00 | 2,393.72 |
| 769.1 | Wagner, Garrett | 2,700.00 | 2,343.26 | 2,214.00 | 129.26 |
| 769.3 | Wagner, Logan | 2,000.00 | 1,735.75 | 1,640.00 | 95.75 |
| 993.0 | Walker, Roland & Jean | 35,000.00 | 30,375.61 | 28,700.00 | 1,675.61 |
| 948.0 | Watkins, Grace | 30,000.00 | 26,036.23 | 24,600.00 | 1,436.23 |
| 209.0 | Watkins, Rachel | 14,650.00 | 12,714.36 | 12,013.00 | 701.36 |
| 906.0 | Weeks, Bethany | 4,469.86 | 3,879.28 | 3,665.29 | 213.99 |
| 889.0 | Weeks, Dwight & Joan | 12,557.31 | 10,898.17 | 10,296.99 | 601.18 |
| 988.0 | Weeks, Jared | 525.00 | 455.63 | 430.50 | 25.13 |
| 899.0 | Weeks-Fischer, Danielle | 2,185.14 | 1,896.43 | 1,791.81 | 104.62 |
| 777.0 | Wegner, Ruby | 39,398.50 | 34,192.95 | 32,306.77 | 1,886.18 |
| 779.0 | Weidner, Arthur & Dianne | 55,640.00 | 48,288.53 | 45,624.80 | 2,663.73 |
| 780.0 | Weimer, Vernon & Susan | 5,242.42 | 4,549.76 | 4,298.78 | 250.98 |
| 973.0 | Wheaton, Tom & Angela | 5,775.00 | 5,011.97 | 4,735.50 | 276.47 |
| 786.0 | Whitson, Mildred M. | 2,087.53 | 1,811.71 | 1,711.77 | 99.94 |
| 797.0 | Wolfe, Bruce & Rosemary | 53,860.00 | 46,743.72 | 44,165.20 | 2,578.52 |
| 797.1 | Wolfe, Sompour | 100.00 | 86.79 | 82.00 | 4.79 |
| 80.1 | World Harvest Now | 441,826.05 | 383,449.53 | 362,297.36 | 21,152.17 |
| 800.0 | Wright, Barbara A. | 11,008.85 | 9,554.30 | 9,027.26 | 527.04 |
| 802.0 | Wright, Dick & Vera | 575.00 | 499.03 | 471.50 | 27.53 |
| 967.0 | Wright, Eugene C. & Lois A. | 3,200.00 | 2,777.20 | 2,624.00 | 153.20 |
| 974.1 | Wyatt Rev. Liv. Tr. 1/14/99 | 275,000.00 | 238,665.47 | 225,500.00 | 13,165.47 |
| 803.0 | Wynn, Nancy | 12,541.63 | 10,884.56 | 10,284.14 | 600.42 |
| 804.0 | York, E. Janice | 203.64 | 176.73 | 166.98 | 9.75 |
| 929.0 | Zal, Aimal | 36,431.80 | 31,618.23 | 29,874.08 | 1,744.15 |
| 808.0 | Zeinstra, Stan & Millie | 50,000.00 | 43,393.72 | 41,000.00 | 2,393.72 |
| 907.0 | Zimmerman, Arthur & Debra | 19,150.00 | 16,619.80 | 15,703.00 | 916.80 |
| | **Totals** | **$ 10,386,141.50** | **$ 9,013,866.62** | **$ 8,516,635.99** | **$ 497,230.63** |

Anticipated Bank Balance as of September 30, 2005   $   9,013,866.67          Initial plus Final Distribution  $   9,013,866.62
Percent of Allowed Claimed Amount       86.78744334%
Initial Distribution Amount       8,516,635.99

Initial Distribution as a Percentage of Allowed Claims          82.0%

(1) - Subject to change due to interest earned and ongoing Receivership expenses.