IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   04-cv-00354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KELSEY L. GARMAN, et al.,

    Defendant(s).

**ORDER**

This matter is before me on the Recommendation of United States Magistrate Boyd N. Boland that the Receiver's Motion to Approve Report Concerning Allowance and Disallowance of Claims and to Authorize Interim Distribution (Doc. No. 117) be granted.

The receiver's motion reported on the status of 371 claims against the receivership estate, recommending approval of some claims to the extent set forth in Exhibit 1 attached hereto, disallowance of claims set forth in Exhibit 2 attached hereto, and authorization for the receiver to make interim distribution to claimants in accordance with Exhibit 1.  The receiver made these requests after following the procedures established by Magistrate Judge Boland which included the opportunity of interested parties to object to the receiver's proposed distribution.  No objection was made and the magistrate judge issued his recommendation on January 31, 2006,  that I

allow the claims and the proposed interim distribution as set forth in Exhibit 1. Likewise, by necessary implication, Magistrate Judge Boland also recommended the disallowance of the 18 claims set forth in Exhibit 2. No objections to the recommendations have been made. Although full *de novo* review may not be required, I have reviewed the file in its entirety and conclude that the recommendation should be accepted.

Accordingly, it is ordered:

1. The recommendation of United States Magistrate Judge Boyd N. Boland (docket no. 135) is accepted;

2. The receiver's motion to approve the report concerning allowance and disallowance of claims and authorized distribution (docket no. 117) is granted;

3. The claims set forth in the attached Exhibit 1 are allowed to the extent set forth therein and the interim distribution of $8,516,636 shall be made by the receiver to the identified persons in the amounts specified in Exhibit 1 within15 business days of the date of this order;

4. The claims set forth in Exhibit 2 are disallowed; and

5. The parties shall schedule a status conference before Magistrate Judge Boyd N. Boland to determine the procedures to be followed to bring this matter to a close.

DATED at Denver, Colorado, on April 11, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

SEC v. Kelsey Garman, et al.
Final Distribution Report of Allowed Claims

Exhibit 1

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Proposed Interim Distribution Amount | Remaining Amount to be Distributed (1) |
|---|---|---|---|---|---|
| 1.0 | Acheson, Dan & Susanne | $ 600.00 | $ 520.72 | $ 492.00 | $ 28.72 |
| 3.0 | Acheson, Mel & Virginia | 10,425.00 | 9,047.59 | 8,548.50 | 499.09 |
| 947.0 | Adams, Daniel | 1,135.49 | 985.46 | 931.10 | 54.36 |
| 946.0 | Adams, John | 1,134.07 | 984.23 | 929.94 | 54.29 |
| 6.0 | Adams, Melvin D. & Betty L. | 49,330.39 | 42,812.68 | 40,450.92 | 2,361.66 |
| 949.0 | Alexander, Sue | 280,204.92 | 243,182.69 | 229,768.03 | 13,414.66 |
| 13.1 | Carlson Family Trust | 23,800.00 | 20,655.41 | 19,516.00 | 1,139.41 |
| 13.0 | Anderson, Keith & Charlotte | 19,700.00 | 17,097.13 | 16,154.00 | 943.13 |
| 18.0 | Anderson, Wesley & Judith | 161,304.50 | 139,992.05 | 132,269.69 | 7,722.36 |
| 20.0 | Archer, Jenene | 2,264.00 | 1,964.87 | 1,856.48 | 108.39 |
| 102.1 | Audette, Jack | 1,225.00 | 1,063.15 | 1,004.50 | 58.65 |
| 875.0 | Baerg, Brittany | 988.00 | 857.46 | 810.16 | 47.30 |
| 25.1 | Baerg, Cody | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 25.0 | Baerg, Dan & Joyce | 12,000.00 | 10,414.49 | 9,840.00 | 574.49 |
| 25.2 | Baerg, Toby | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 876.0 | Baerg, Zachary | 988.00 | 857.46 | 810.16 | 47.30 |
| 27.0 | Baghott, John & Lorraine | 9,950.00 | 8,635.35 | 8,159.00 | 476.35 |
| 979.0 | Baldridge, Sam & Sandra | 55,000.00 | 47,733.09 | 45,100.00 | 2,633.09 |
| 38.0 | Barnes, Carroll & Carmen | 34,988.00 | 30,365.19 | 28,690.16 | 1,675.03 |
| 39.0 | Barnes, Cloyd & Wanda | 1,200.00 | 1,041.45 | 984.00 | 57.45 |
| 40.0 | Barnes, Eugene | 5,253.00 | 4,558.94 | 4,307.46 | 251.48 |
| 905.0 | Barney, Adam | 2,350.00 | 2,039.50 | 1,927.00 | 112.50 |
| 41.1 | Barney, Benjamin | 1,400.00 | 1,215.02 | 1,148.00 | 67.02 |
| 41.2 | Barney, Christina | 1,275.00 | 1,106.54 | 1,045.50 | 61.04 |
| 904.0 | Barney, Emily | 1,275.00 | 1,106.54 | 1,045.50 | 61.04 |
| 41.0 | Barney, Janice | 1,900.00 | 1,648.96 | 1,558.00 | 90.96 |
| 43.0 | Bates, Chris & Carol | 12,680.00 | 11,004.65 | 10,397.60 | 607.05 |
| 565.1 | Beauty for Ashes | 20,000.00 | 17,357.49 | 16,400.00 | 957.49 |
| 48.0 | Beck, Dempsey | 7,100.00 | 6,161.91 | 5,822.00 | 339.91 |
| 49.0 | Becker, Burleigh & Sandra | 120.00 | 104.14 | 98.40 | 5.74 |
| 52.0 | Beckham, Lewis & Gwendolyn | 85,577.11 | 74,270.19 | 70,173.23 | 4,096.96 |
| 822.0 | Best, John & Carolyn | 3,988.00 | 3,461.08 | 3,270.16 | 190.92 |
| 70.1 | Bolton, Daniel | 2,238.65 | 1,942.87 | 1,835.69 | 107.18 |
| 70.0 | Bolton, Darrell & Tami | 49,123.22 | 42,632.79 | 40,281.04 | 2,351.75 |
| 71.0 | Bolton, Donald & Betty | 74,796.09 | 64,913.61 | 61,332.79 | 3,580.82 |
| 70.2 | Bolton, Ryan | 2,301.34 | 1,997.27 | 1,887.10 | 110.17 |
| 28.0 | Bowland, Carolyn | 3,458.00 | 3,001.11 | 2,835.56 | 165.55 |
| 74.0 | Boyd, Bobbie | 6,036.12 | 5,238.59 | 4,949.62 | 288.97 |
| 80.0 | Brown, Lamont & Anne | 14,200.00 | 12,323.82 | 11,644.00 | 679.82 |
| 854.0 | Brown, Lavelle | 12,992.31 | 11,275.69 | 10,653.69 | 622.00 |
| 81.0 | The Kent S. & Betty D. Brownlow Family Trust | 13,708.83 | 11,897.54 | 11,241.24 | 656.30 |
| 851.0 | Brumfiel, John | 650.00 | 564.12 | 533.00 | 31.12 |
| 933.0 | Burkholder, George R. | 35,000.00 | 30,375.61 | 28,700.00 | 1,675.61 |
| 444.0 | Burkholder, Ruth M. | 22,526.00 | 19,549.74 | 18,471.32 | 1,078.42 |
| 824.0 | Burnham, Esther M. | 1,133.50 | 983.74 | 929.47 | 54.27 |
| 825.0 | Burnham, Joel S. | 952.00 | 826.22 | 780.64 | 45.58 |
| 826.0 | Burnham, Susanna R. | 2,686.59 | 2,331.62 | 2,203.00 | 128.62 |
| 985.0 | Bursau, Maurice | 10,000.00 | 8,678.74 | 8,200.00 | 478.74 |
| 938.0 | Cardillo, Francis | 7,791.14 | 6,761.73 | 6,388.73 | 373.00 |
| 96.0 | Carlisle, Carl & Mary | 3,200.00 | 2,777.20 | 2,624.00 | 153.20 |
| 827.0 | Carlsen, Douglas G. | 62,000.00 | 53,808.21 | 50,840.00 | 2,968.21 |
| 102.0 | Caven, Don & Joyce | 4,239.68 | 3,679.51 | 3,476.54 | 202.97 |
| 104.1 | Ceramitek | 31,422.61 | 27,270.88 | 25,766.54 | 1,504.34 |
| 111.2 | Childers III, Ted | 26,900.00 | 23,345.82 | 22,058.00 | 1,287.82 |
| 111.0 | Childers, Ted & Phoebe | 11,138.00 | 9,666.39 | 9,133.16 | 533.23 |
| 118.0 | Christensen, Elroy & Marta | 240.00 | 208.29 | 196.80 | 11.49 |
| 119.0 | Christensen, James & JoAnne | 290.00 | 251.68 | 237.80 | 13.88 |
| 117.0 | Christensen, Norma | 4,160.00 | 3,610.36 | 3,411.20 | 199.16 |
| 121.0 | Christner, Diane | 120.00 | 104.14 | 98.40 | 5.74 |
| 122.0 | Clarke, Drew & Beth | 14,550.00 | 12,627.57 | 11,931.00 | 696.57 |
| 123.0 | Clarke, Fred | 113,572.24 | 98,566.44 | 93,129.24 | 5,437.20 |
| 931.0 | Conley, Dean & Ann | 2,325.00 | 2,017.81 | 1,906.50 | 111.31 |
| 943.0 | Connolly, Brendan S. | 75.00 | 65.09 | 61.50 | 3.59 |

SEC v. Kelsey Garman, et al.  
Final Distribution Report of Allowed Claims

Exhibit 1

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Proposed Interim Distribution Amount | Remaining Amount to be Distributed (1) |
|---|---|---|---|---|---|
| 828.0 | Coolidge, Melvin & Linda | 65,918.89 | 57,209.32 | 54,053.49 | 3,155.83 |
| 548.1 | Courtright, Rachel | 2,100.00 | 1,822.54 | 1,722.00 | 100.54 |
| 135.0 | Cover, James & Dee | 10,000.00 | 8,678.74 | 8,200.00 | 478.74 |
| 102.2 | Coy, Portia | 1,325.00 | 1,149.93 | 1,086.50 | 63.43 |
| 138.0 | Crenshaw, Dan & Judy | 22,000.00 | 19,093.24 | 18,040.00 | 1,053.24 |
| 812.0 | Crenshaw, Jon | 18,538.00 | 16,088.66 | 15,201.16 | 887.50 |
| 140.0 | Crowfoot, Rick & Karen | 85.00 | 73.77 | 69.70 | 4.07 |
| 399.0 | Cuppy, JoAnne | 54,024.35 | 46,886.35 | 44,299.97 | 2,586.38 |
| 147.0 | Davis, Kim & Lee Anne | 20,000.00 | 17,357.49 | 16,400.00 | 957.49 |
| 963.0 | Davis, Robin | 40,000.00 | 34,714.98 | 32,800.00 | 1,914.98 |
| 152.0 | Deak, Steven & Elizabeth | 15,925.00 | 13,820.90 | 13,058.50 | 762.40 |
| 157.0 | Deveaux, Denis & Frances | 32,994.15 | 28,634.78 | 27,055.20 | 1,579.58 |
| 836.0 | Diamond, Joseph | 21,992.29 | 19,086.55 | 18,033.68 | 1,052.87 |
| 160.0 | Dick, Lois | 28,638.00 | 24,854.19 | 23,483.16 | 1,371.03 |
| 165.0 | Dolan, Paul & Cheryl | 2,464.00 | 2,138.44 | 2,020.48 | 117.96 |
| 168.0 | Dortch, John | 1,250.00 | 1,084.84 | 1,025.00 | 59.84 |
| 102.3 | Edwards, Katie | 1,225.00 | 1,063.15 | 1,004.50 | 58.65 |
| 102.4 | Edwards, Michael | 1,225.00 | 1,063.15 | 1,004.50 | 58.65 |
| 176.0 | Ekno, Tim J. | 25,386.47 | 22,032.27 | 20,816.91 | 1,215.36 |
| 837.0 | Farmer, Clara | 41,800.00 | 36,277.15 | 34,276.00 | 2,001.15 |
| 182.0 | Farmer, Daniel & Judy | 44,834.00 | 38,910.28 | 36,763.88 | 2,146.40 |
| 838.0 | Farmer, Stephanie | 4,975.00 | 4,317.68 | 4,079.50 | 238.18 |
| 185.1 | Fee, Caroline | 6,675.00 | 5,793.06 | 5,473.50 | 319.56 |
| 185.0 | Fee, Gregory & Cristine | 4,014.99 | 3,484.51 | 3,292.29 | 192.22 |
| 186.0 | Fee, Ray & Margaret | 50,378.00 | 43,721.78 | 41,309.96 | 2,411.82 |
| 950.0 | Ferguson, Danelle | 6,000.00 | 5,207.25 | 4,920.00 | 287.25 |
| 873.0 | Fick, Alan & Georgia | 20,000.00 | 17,357.49 | 16,400.00 | 957.49 |
| 194.0 | Foltz, Ann | 950.00 | 824.48 | 779.00 | 45.48 |
| 210.0 | Galloway, Bob & Eunice | 3,500.00 | 3,037.56 | 2,870.00 | 167.56 |
| 548.2 | Gammill, Aaron | 1,500.00 | 1,301.81 | 1,230.00 | 71.81 |
| 548.3 | Gammill, Chandra | 2,100.00 | 1,822.54 | 1,722.00 | 100.54 |
| 898.1 | LaLuz Spanish Gospel Tape | 170,000.00 | 147,538.65 | 139,400.00 | 8,138.65 |
| 898.2 | Little Children Mission | 15,000.00 | 13,018.12 | 12,300.00 | 718.12 |
| 898.0 | Gamwell, Stanley | 50,000.00 | 43,393.72 | 41,000.00 | 2,393.72 |
| 910.0 | Garagorry, Oswaldo & Sonia | 4,000.01 | 3,471.51 | 3,280.01 | 191.50 |
| 215.1 | Garman, Joyce | 52,165.09 | 45,272.75 | 42,775.37 | 2,497.38 |
| 217.0 | Gates, Donald R & Julie A. | 1,200.00 | 1,041.45 | 984.00 | 57.45 |
| 991.0 | Glanville, Charles & Lee | 15,000.00 | 13,018.12 | 12,300.00 | 718.12 |
| 998.0 | Glanville, Robert and Jacquelyn | 1,500.00 | 1,301.81 | 1,230.00 | 71.81 |
| 969.0 | Grainger, Malcolm & Johnie | 13,134.38 | 11,398.99 | 10,770.19 | 628.80 |
| 238.0 | Grey, John & Geraldine | 650.00 | 564.12 | 533.00 | 31.12 |
| 354.0 | Griffin, Amanda J. | 220.00 | 190.93 | 180.40 | 10.53 |
| 357.0 | Grover, Jeanne E. | 10,000.00 | 8,678.74 | 8,200.00 | 478.74 |
| 358.0 | Grubbs, David & Catherine | 40,335.00 | 35,005.72 | 33,074.70 | 1,931.02 |
| 924.0 | Gustman, Bethany | 11,500.00 | 9,980.56 | 9,430.00 | 550.56 |
| 362.0 | Gustman, Ronald & Shirley | 72,000.00 | 62,486.96 | 59,040.00 | 3,446.96 |
| 364.0 | Gutierrez, Conrad & Heidi | 20,995.96 | 18,221.86 | 17,216.69 | 1,005.17 |
| 976.0 | Haggerty, Deidre | 14,758.63 | 12,808.64 | 12,102.08 | 706.56 |
| 977.0 | Haggerty, Patrick | 8,500.00 | 7,376.93 | 6,970.00 | 406.93 |
| 815.0 | Haggerty, Tom & Terri | 1,914.00 | 1,661.11 | 1,569.48 | 91.63 |
| 893.0 | Hagiwara, Charlotte | 28,210.08 | 24,482.81 | 23,132.27 | 1,350.54 |
| 855.0 | Haines, Tyler | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 882.0 | Hallet Estate, Marion | 54,500.00 | 47,299.16 | 44,690.00 | 2,609.16 |
| 995.0 | Hammel, Sean | 300.00 | 260.36 | 246.00 | 14.36 |
| 370.0 | Hanselman, Ron & Jill | 64.00 | 55.54 | 52.48 | 3.06 |
| 864.0 | Hayes, Doris | 500.00 | 433.94 | 410.00 | 23.94 |
| 377.0 | Hayes, Lee & Sandi | 2,275.00 | 1,974.41 | 1,865.50 | 108.91 |
| 380.0 | Heiling, Lillian | 228.00 | 197.88 | 186.96 | 10.92 |
| 970.0 | Heiling, Marilee | 1,200.00 | 1,041.45 | 984.00 | 57.45 |
| 381.0 | Herber, E.A. | 3,950.00 | 3,428.10 | 3,239.00 | 189.10 |
| 381.1 | Herber, Shirley | 74,211.53 | 64,406.29 | 60,853.45 | 3,552.84 |
| 975.1 | Hoffpauir, John | 4,550.00 | 3,948.83 | 3,731.00 | 217.83 |
| 975.0 | Hoffpauir, Patricia | 5,125.00 | 4,447.86 | 4,202.50 | 245.36 |

SEC v. Kelsey Garman, et al.  
Final Distribution Report of Allowed Claims

Exhibit 1

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Proposed Interim Distribution Amount | Remaining Amount to be Distributed (1) |
|---|---|---|---|---|---|
| 390.0 | Hogue, Dick & Marilyn | 7,627.60 | 6,619.80 | 6,254.63 | 365.17 |
| 897.0 | Hojnowski, Jim & Marianne | 6,000.00 | 5,207.25 | 4,920.00 | 287.25 |
| 393.0 | Holland, Eugene & Paula | 71,420.00 | 61,983.59 | 58,564.40 | 3,419.19 |
| 396.0 | Hopper, Marvin & Sharon | 20,306.54 | 17,623.53 | 16,651.36 | 972.17 |
| 984.0 | Houchins, Laura | 70,414.99 | 61,111.37 | 57,740.29 | 3,371.08 |
| 870.0 | Huber, Kenneth W & Gloria C. | 17,255.99 | 14,976.03 | 14,149.91 | 826.12 |
| 401.0 | Huebl (KIA #1), Norm & Loma | 67,182.76 | 58,306.20 | 55,089.86 | 3,216.34 |
| 402.0 | Huebl, Marc & Madeleine | 55,328.48 | 48,018.17 | 45,369.35 | 2,648.82 |
| 407.0 | Jackson, Kenneth C & Joan C. | 79,500.00 | 68,996.02 | 65,190.00 | 3,806.02 |
| 411.0 | The Robert E & Anita Joan Jensen Family Trust | 59,046.68 | 51,245.10 | 48,418.28 | 2,826.82 |
| 420.0 | Johnson, Eleanor | 9,459.08 | 8,209.29 | 7,756.45 | 452.84 |
| 418.0 | Johnson, Marian A. | 23,368.63 | 20,281.04 | 19,162.28 | 1,118.76 |
| 422.0 | Jones, Stephen & Donna | 15,938.00 | 13,832.18 | 13,069.16 | 763.02 |
| 994.0 | Jones, William & Jo Ann | 22,000.00 | 19,093.24 | 18,040.00 | 1,053.24 |
| 872.0 | Jumper, Allan | 44,000.00 | 38,186.48 | 36,080.00 | 2,106.48 |
| 431.0 | Kaminski, Andrew & Patsy | 940.00 | 815.80 | 770.80 | 45.00 |
| 840.0 | Kamps, Edwin & Wilma | 20,000.00 | 17,357.49 | 16,400.00 | 957.49 |
| 437.0 | Keim, Marianne Jean | 2,387.00 | 2,071.62 | 1,957.34 | 114.28 |
| 438.0 | Keller, Charles E & Sally | 9,450.00 | 8,201.41 | 7,749.00 | 452.41 |
| 439.0 | Kershner, Lyniel & Sandra | 240.00 | 208.29 | 196.80 | 11.49 |
| 952.1 | Kindall, Annabell | 2,500.00 | 2,169.69 | 2,050.00 | 119.69 |
| 963.0 | Kindall, Carolyn | 10,000.00 | 8,678.74 | 8,200.00 | 478.74 |
| 859.0 | Kindall, Daniel & April | 120,000.00 | 104,144.93 | 98,400.00 | 5,744.93 |
| 859.1 | Kindall, Elijah | 2,000.00 | 1,735.75 | 1,640.00 | 95.75 |
| 443.0 | Kindall, Evand & Avona | 312,094.08 | 270,858.47 | 255,917.15 | 14,941.32 |
| 859.2 | Kindall, Noah | 4,000.00 | 3,471.50 | 3,280.00 | 191.50 |
| 952.0 | Kindall, Steve & Marjean | 13,272.41 | 11,518.79 | 10,883.38 | 635.41 |
| 935.0 | King, Philip | 11,500.00 | 9,980.56 | 9,430.00 | 550.56 |
| 445.0 | King, Robert & Hannah | 38,000.00 | 32,979.23 | 31,160.00 | 1,819.23 |
| 446.0 | King, Sheridan | 21,440.00 | 18,607.23 | 17,580.80 | 1,026.43 |
| 447.0 | Klakulak, Matt & Michelle | 37,850.00 | 32,849.05 | 31,037.00 | 1,812.05 |
| 449.1 | Klbbe, Dominique | 710.00 | 616.19 | 582.20 | 33.99 |
| 449.2 | Klibbe, Jonathan | 710.00 | 616.19 | 582.20 | 33.99 |
| 104.0 | Knorowski, Andy & Peggy | 37,489.03 | 32,535.77 | 30,741.00 | 1,794.77 |
| 455.0 | Kogler, Doug & LuAnn | 1,920.00 | 1,666.32 | 1,574.40 | 91.92 |
| 456.0 | Kohlrieser, John | 10,000.00 | 8,678.74 | 8,200.00 | 478.74 |
| 458.0 | Korach, Donald & Marjorie | 5,000.00 | 4,339.37 | 4,100.00 | 239.37 |
| 460.0 | Krahmer, Ronald & Barbara | 600.00 | 520.72 | 492.00 | 28.72 |
| 463.0 | Krispinsky, Genevieve | 4,007.00 | 3,477.57 | 3,285.74 | 191.83 |
| 680.0 | Kruger, Teri & Walter | 733.41 | 636.51 | 601.40 | 35.11 |
| 466.0 | Kuhn, Gregory & Debra | 14,650.00 | 12,714.36 | 12,013.00 | 701.36 |
| 861.0 | Kulp, Kara | 725.00 | 629.21 | 594.50 | 34.71 |
| 862.0 | Kulp, Kori | 900.00 | 781.09 | 738.00 | 43.09 |
| 861.1 | Kulp, Kortne | 1,150.00 | 998.06 | 943.00 | 55.06 |
| 862.1 | Kulp, Kyle | 700.00 | 607.51 | 574.00 | 33.51 |
| 468.0 | Kulp, Willis & Evelyn | 12,410.00 | 10,770.32 | 10,176.20 | 594.12 |
| 470.0 | Kuster, Melvin | 520.00 | 451.29 | 426.40 | 24.89 |
| 474.0 | Lawrence, Darlene | 7,225.00 | 6,270.39 | 5,924.50 | 345.89 |
| 476.0 | LeBlanc, Ronald & Linda | 4,975.00 | 4,317.68 | 4,079.50 | 238.18 |
| 102.5 | Lee, Cassandra | 950.00 | 824.48 | 779.00 | 45.48 |
| 102.6 | Lee, Donald | 850.00 | 737.69 | 697.00 | 40.69 |
| 102.7 | Lee, Elizabeth | 850.00 | 737.69 | 697.00 | 40.69 |
| 479.0 | LeFebre, Brad & Annemarie | 17,475.00 | 15,166.11 | 14,329.50 | 836.61 |
| 481.0 | LeFebre, Cory & Candace | 3,751.99 | 3,256.26 | 3,076.63 | 179.63 |
| 482.0 | LeFebre, Don & Meribeth | 6,087.75 | 5,283.40 | 4,991.96 | 291.44 |
| 485.0 | LeFebre, Lee & Betty | 44,545.64 | 38,660.02 | 36,527.42 | 2,132.60 |
| 488.0 | Lemay, Norman & Deanna | 41,939.38 | 36,398.12 | 34,390.29 | 2,007.83 |
| 490.0 | The Licata Trust | 17,100.88 | 14,841.42 | 14,022.72 | 818.70 |
| 909.0 | Lopes, Diane & John | 100.00 | 86.79 | 82.00 | 4.79 |
| 497.0 | Loser, Larry & Jan | 28,525.00 | 24,756.12 | 23,390.50 | 1,365.62 |
| 968.0 | Loveland, Rob & Jessica | 5,000.00 | 4,339.37 | 4,100.00 | 239.37 |
| 989.0 | Ludvicek, Ghislaine | 16,211.00 | 14,069.11 | 13,293.02 | 776.09 |
| 501.0 | Lunoe, Richard W & Jean G. | 31,000.00 | 26,904.11 | 25,420.00 | 1,484.11 |

SEC v. Kelsey Garman, et al.
Final Distribution Report of Allowed Claims

Exhibit 1

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Proposed Interim Distribution Amount | Remaining Amount to be Distributed (1) |
|---|---|---|---|---|---|
| 502.0 | Mackelprang, Toni | 14,963.00 | 12,986.01 | 12,269.66 | 716.35 |
| 504.0 | Madonna, Rick | 200,000.00 | 173,574.89 | 164,000.00 | 9,574.89 |
| 507.0 | Manuele, Anthony & Magdalene | 148,090.00 | 128,523.52 | 121,433.80 | 7,089.72 |
| 508.0 | Manus, Ronald & Phyllis | 141,168.00 | 122,516.10 | 115,757.76 | 6,758.34 |
| 511.0 | Marshall, Wallace J & Lois C. | 528.20 | 458.41 | 433.12 | 25.29 |
| 986.0 | McColm, Pearl | 15,000.00 | 13,018.12 | 12,300.00 | 718.12 |
| 900.0 | McDowell, Chris & Jenny | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 526.0 | McGlamery, Harold & Alice | 63,479.31 | 55,092.07 | 52,053.03 | 3,039.04 |
| 527.0 | McMechen, Monte & Megan | 2,430.00 | 2,108.93 | 1,992.60 | 116.33 |
| 530.0 | Melton, Claude | 2,983.60 | 2,589.39 | 2,446.55 | 142.84 |
| 589.0 | Meschke, Rachel | 55,676.00 | 48,319.78 | 45,654.32 | 2,665.46 |
| 534.0 | Meyer, Donald & Suzanne | 60,200.00 | 52,246.04 | 49,364.00 | 2,882.04 |
| 856.0 | Midkiff, Tiffanie | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 543.0 | Miller, William & Cynthia | 2,550.00 | 2,213.08 | 2,091.00 | 122.08 |
| 929.1 | Mission Evangelism Foundation | 35,678.80 | 30,964.72 | 29,256.62 | 1,708.10 |
| 548.0 | Mlady, Karen A. | 704.12 | 611.09 | 577.38 | 33.71 |
| 843.0 | Moe, Lee R. | 11,293.86 | 9,801.65 | 9,260.97 | 540.68 |
| 996.0 | Mohling, Wilma | 12,005.90 | 10,419.61 | 9,844.84 | 574.77 |
| 549.0 | Moncrieff, David & Cathy | 1,150.00 | 998.06 | 943.00 | 55.06 |
| 1001.2 | Morrow Trust, Maxwell | 900.00 | 781.09 | 738.00 | 43.09 |
| 1001.1 | Morrow Trust, William | 900.00 | 781.09 | 738.00 | 43.09 |
| 557.0 | Mosier, Ed & Barbara | 112,898.20 | 97,981.46 | 92,576.52 | 5,404.94 |
| 558.0 | Moskau, Mike & Linda | 104,490.00 | 90,684.20 | 85,681.80 | 5,002.40 |
| 561.0 | Mulder, Harley | 169,033.49 | 146,699.84 | 138,607.46 | 8,092.38 |
| 562.0 | Mullet, Brad & Kari | 6,488.00 | 5,630.77 | 5,320.16 | 310.61 |
| 562.1 | Mullet, Jacob | 300.00 | 260.36 | 246.00 | 14.36 |
| 562.2 | Mullet, Kelsey | 300.00 | 260.36 | 246.00 | 14.36 |
| 562.3 | Mullet, Peter | 300.00 | 260.36 | 246.00 | 14.36 |
| 562.4 | Mullet, Whitney | 300.00 | 260.36 | 246.00 | 14.36 |
| 563.0 | Murray, Vera L | 17,590.88 | 15,266.68 | 14,424.52 | 842.16 |
| 102.8 | Nabholz, Nicholas | 1,225.00 | 1,063.15 | 1,004.50 | 58.65 |
| 566.1 | Nafziger, Joel S. | 1,850.00 | 1,605.57 | 1,517.00 | 88.57 |
| 566.2 | Nafziger, Katie | 1,850.00 | 1,605.57 | 1,517.00 | 88.57 |
| 566.0 | Nafziger, Sanford & Sue | 57,492.22 | 49,896.03 | 47,143.62 | 2,752.41 |
| 566.3 | Nafziger, Sara | 2,300.00 | 1,996.11 | 1,886.00 | 110.11 |
| 567.0 | Nee, Aletha | 600.00 | 520.72 | 492.00 | 28.72 |
| 964.0 | Neely, Adrien | 100.00 | 86.79 | 82.00 | 4.79 |
| 883.0 | Nelson, Jon E & Pat | 219,126.53 | 190,174.31 | 179,683.75 | 10,490.56 |
| 570.0 | Nelson, Vernelle | 9,000.00 | 7,810.87 | 7,380.00 | 430.87 |
| 980.0 | Norvell, Todd or Debra | 2,500.00 | 2,169.69 | 2,050.00 | 119.69 |
| 576.0 | Olson, Dennis & Eleanor | 34,898.47 | 30,287.49 | 28,616.75 | 1,670.74 |
| 577.0 | Olson, Don & Lois | 894.60 | 776.40 | 733.57 | 42.83 |
| 863.0 | Olson, Kayla | 625.00 | 542.42 | 512.50 | 29.92 |
| 863.1 | Olson, Keith | 325.00 | 282.06 | 266.50 | 15.56 |
| 954.0 | Olson, Winston | 14,988.00 | 13,007.70 | 12,290.16 | 717.54 |
| 965.0 | Ottaviani, Tim & Lulu | 12,000.00 | 10,414.49 | 9,840.00 | 574.49 |
| 895.0 | Padavic, Irene | 5,000.00 | 4,339.37 | 4,100.00 | 239.37 |
| 930.0 | Palmer, Celia | 55,000.00 | 47,733.09 | 45,100.00 | 2,633.09 |
| 584.0 | Palmer, Gerald | 68,720.00 | 59,640.33 | 56,350.40 | 3,289.93 |
| 593.0 | Pepek, Fred & Nancy | 934.60 | 811.12 | 766.37 | 44.75 |
| 600.0 | Phillips, Joan | 14,800.00 | 12,844.54 | 12,136.00 | 708.54 |
| 982.0 | Porter, Richard & Denise | 7,500.00 | 6,509.06 | 6,150.00 | 359.06 |
| 890.0 | Protsman, Sun Im | 30,000.00 | 26,036.23 | 24,600.00 | 1,436.23 |
| 955.0 | Quezada, Sixto & Maria | 600.00 | 520.72 | 492.00 | 28.72 |
| 6.1 | Ranew, Jakob | 750.00 | 650.91 | 615.00 | 35.91 |
| 615.0 | Rapp, Rick & Brenda | 11,244.09 | 9,758.46 | 9,220.15 | 538.31 |
| 617.0 | Rayburn, Lucas | 150.00 | 130.18 | 123.00 | 7.18 |
| 619.0 | Rector, John & Sue | 2,300.00 | 1,996.11 | 1,886.00 | 110.11 |
| 990.0 | Reece, Mark & Enid | 15,000.00 | 13,018.12 | 12,300.00 | 718.12 |
| 1000.0 | Rees Trust FBO Christine Coolidge, Gertrude | 2,246.84 | 1,949.97 | 1,842.41 | 107.56 |
| 620.0 | Rees, Ron & Kay | 65,906.88 | 57,198.90 | 54,043.64 | 3,155.26 |
| 960.0 | Reinertsen, Peter & Ellen | 2,500.00 | 2,169.69 | 2,050.00 | 119.69 |
| 623.0 | Richardson, Alan & Karen | 240.00 | 208.29 | 196.80 | 11.49 |

SEC v. Kelsey Garman, et al.
Final Distribution Report of Allowed Claims

Exhibit 1

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Proposed Interim Distribution Amount | Remaining Amount to be Distributed (1) |
|---|---|---|---|---|---|
| 625.0 | Roach, Gene | 4,300.00 | 3,731.86 | 3,526.00 | 205.86 |
| 865.0 | Robbins, Brent & Martha | 23,600.00 | 20,481.84 | 19,352.00 | 1,129.84 |
| 628.0 | Rogers, W.F. & Shirley | 56,000.00 | 48,600.97 | 45,920.00 | 2,680.97 |
| 631.1 | Romig, Jonathan | 2,000.00 | 1,735.75 | 1,640.00 | 95.75 |
| 631.2 | Romig, Matthew | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 631.3 | Romig, Nathaniel | 2,000.00 | 1,735.75 | 1,640.00 | 95.75 |
| 631.0 | Romig, Paul & Ellen | 10,100.00 | 8,765.53 | 8,282.00 | 483.53 |
| 633.0 | Rosenow, Richard & Patricia | 16,975.00 | 14,732.17 | 13,919.50 | 812.67 |
| 636.0 | Row, James & Dolores | 23,105.05 | 20,052.28 | 18,946.14 | 1,106.14 |
| 638.0 | Row, Lewis & Joy | 5,235.00 | 4,543.32 | 4,292.70 | 250.62 |
| 866.0 | Rowe, Dana | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 639.0 | Rowell, Walter & Edith | 9,490.00 | 8,236.13 | 7,781.80 | 454.33 |
| 886.0 | Rust, Anna | 189,513.67 | 164,474.07 | 155,401.21 | 9,072.86 |
| 841.0 | Sanders, Tom & Nancy | 19,976.00 | 17,336.66 | 16,380.32 | 956.34 |
| 649.0 | Sannan, H. Peter | 6,067.13 | 5,265.51 | 4,975.05 | 290.46 |
| 653.0 | Schilling, Ed & Lanell | 36,540.00 | 31,712.13 | 29,962.80 | 1,749.33 |
| 660.1 | Schoffmann, Abigail | 7,160.00 | 6,213.98 | 5,871.20 | 342.78 |
| 660.2 | Schoffmann, Miriam | 2,150.00 | 1,865.93 | 1,763.00 | 102.93 |
| 661.0 | Schunter, Naydene | 43,799.29 | 38,012.28 | 35,915.42 | 2,096.86 |
| 662.0 | Sebesta, Greg & Trish | 6,000.00 | 5,207.25 | 4,920.00 | 287.25 |
| 662.1 | Sebesta, Kelly | 2,300.00 | 1,996.11 | 1,886.00 | 110.11 |
| 662.2 | Sebesta, Rachel | 2,300.00 | 1,996.11 | 1,886.00 | 110.11 |
| 664.0 | Sellars, Don & Laurie | 9,799.67 | 8,504.88 | 8,035.73 | 469.15 |
| 926.0 | Semchenko, Joyce | 23,000.00 | 19,961.11 | 18,860.00 | 1,101.11 |
| 665.0 | Shanklin, Myra | 988.00 | 857.46 | 810.16 | 47.30 |
| 670.1 | Shirley Trust, Mamon | 33,098.42 | 28,725.27 | 27,140.70 | 1,584.57 |
| 670.0 | Shirley, Mamon | 3,080.00 | 2,673.05 | 2,525.60 | 147.45 |
| 670.2 | Shirley, Mamon & Zellers, Stephanie Shirley | 5,000.00 | 4,339.37 | 4,100.00 | 239.37 |
| 111.1 | Simpson, Audra | 12,275.00 | 10,653.16 | 10,065.50 | 587.66 |
| 919.0 | Sinclair, Michael & Gail | 37,000.00 | 32,111.35 | 30,340.00 | 1,771.35 |
| 683.0 | Slingo, Carol | 41,000.00 | 35,582.85 | 33,620.00 | 1,962.85 |
| 978.0 | Smilanic, Steven & Penny | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 686.0 | Smith, Carolyn | 39,932.25 | 34,656.18 | 32,744.45 | 1,911.73 |
| 689.0 | Smith, David L. & Donna | 66,425.00 | 57,648.56 | 54,468.50 | 3,180.06 |
| 706.0 | Speirs, Randall & Anna | 10,576.00 | 9,178.64 | 8,672.32 | 506.32 |
| 711.0 | Steele Family Living Trust | 39,480.49 | 34,264.11 | 32,374.00 | 1,890.11 |
| 712.0 | Steele, John & Darley | 120.00 | 104.14 | 98.40 | 5.74 |
| 953.0 | Steen, Esther M. | 10,000.00 | 8,678.74 | 8,200.00 | 478.74 |
| 713.0 | Steere, Anthony & Leigh Ann | 51,080.69 | 44,331.62 | 41,886.17 | 2,445.45 |
| 716.0 | Stevens, Marie | 29,335.00 | 25,459.10 | 24,054.70 | 1,404.40 |
| 718.0 | Stime, Timothy | 180.00 | 156.22 | 147.60 | 8.62 |
| 912.0 | Stolper, Bob & Kathy | 25,700.00 | 22,304.37 | 21,074.00 | 1,230.37 |
| 720.0 | Straarup, Al & Janice | 25,000.00 | 21,696.86 | 20,500.00 | 1,196.86 |
| 723.0 | Straney, Donal & Sally | 2,205.77 | 1,914.33 | 1,808.73 | 105.60 |
| 724.0 | Straney, Lory C. | 100.00 | 86.79 | 82.00 | 4.79 |
| 723.1 | Straney, Sally (Inheritance) | 19,851.93 | 17,228.98 | 16,278.58 | 950.40 |
| 887.0 | Strege, Joshua N. | 120.00 | 104.14 | 98.40 | 5.74 |
| 725.0 | Strege, Micah | 120.00 | 104.14 | 98.40 | 5.74 |
| 726.0 | Strickfaden, Jeff & Carla | 333,488.00 | 289,425.71 | 273,460.16 | 15,965.55 |
| 830.0 | Stuart, Reta | 64,316.32 | 55,818.49 | 52,739.38 | 3,079.11 |
| 730.0 | Sullivan, James & Louella | 116,550.50 | 101,151.20 | 95,571.41 | 5,579.79 |
| 945.0 | Sundby, Jr, Gordon E. & Marilyn F. | 30,000.00 | 26,036.23 | 24,600.00 | 1,436.23 |
| 853.1 | Swift, Jennifer | 5,249.27 | 4,555.71 | 4,304.40 | 251.31 |
| 853.0 | Swift, Russell & Martha | 4,246.20 | 3,685.17 | 3,481.88 | 203.29 |
| 853.2 | Swift, Sarah | 5,245.48 | 4,552.42 | 4,301.29 | 251.13 |
| 1002.0 | Thompson Family Trust, UA 7-8-1986, James H. & Anna R. | 125,000.00 | 108,484.30 | 102,500.00 | 5,984.30 |
| 845.0 | Thut, Myrtis | 1,000.00 | 867.87 | 820.00 | 47.87 |
| 29.0 | Tinkle, Robyn | 60,000.00 | 52,072.47 | 49,200.00 | 2,872.47 |
| 981.0 | Trippe, C. Vinson & Anne C. | 5,100.00 | 4,426.16 | 4,182.00 | 244.16 |
| 749.0 | Troyer, Dean & Clytice | 8,660.00 | 7,515.79 | 7,101.20 | 414.59 |
| 750.1 | Trujillo, Erin | 200.00 | 173.57 | 164.00 | 9.57 |
| 750.2 | Trujillo, Josiah | 200.00 | 173.57 | 164.00 | 9.57 |
| 754.0 | Uchida, Melvyn & Mary L. | 18,183.23 | 15,780.76 | 14,910.25 | 870.51 |

SEC v. Kelsey Garman, et al.  
Final Distribution Report of Allowed Claims

Exhibit 1

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Proposed Interim Distribution Amount | Remaining Amount to be Distributed (1) |
|---|---|---:|---:|---:|---:|
| 756.1 | Van Hal, Marie | 63,025.00 | 54,697.79 | 51,680.50 | 3,017.29 |
| 756.0 | Maranatha Investments | 1,241,268.70 | 1,077,265.37 | 1,017,840.33 | 59,425.04 |
| 756.2 | Van Hal, Mary P. | 6,850.00 | 5,944.94 | 5,617.00 | 327.94 |
| 756.3 | Van Hal, Matthew | 55,512.88 | 48,178.21 | 45,520.56 | 2,657.65 |
| 939.0 | Van Hal, Michael | 49,425.28 | 42,894.94 | 40,528.73 | 2,366.21 |
| 871.0 | Van Hal, Michele | 40,742.75 | 35,359.59 | 33,409.06 | 1,950.53 |
| 759.0 | Van Tress, Eugene Jr & Joyce | 36,500.00 | 31,677.42 | 29,930.00 | 1,747.42 |
| 766.0 | Visser, Evan & Jill | 4,128.59 | 3,583.10 | 3,385.44 | 197.66 |
| 767.0 | Visser, Jeff & Cathy | 1,275.00 | 1,106.54 | 1,045.50 | 61.04 |
| 819.0 | Voelker, Ted & Lisa | 952.00 | 826.22 | 780.64 | 45.58 |
| 769.2 | Wagner (ICRU Trust), Gary | 90,626.68 | 78,652.58 | 74,313.88 | 4,338.70 |
| 769.0 | Wagner Trust #10470, Gary | 50,000.00 | 43,393.72 | 41,000.00 | 2,393.72 |
| 769.1 | Wagner, Garrett | 2,700.00 | 2,343.26 | 2,214.00 | 129.26 |
| 769.3 | Wagner, Logan | 2,000.00 | 1,735.75 | 1,640.00 | 95.75 |
| 993.0 | Walker, Roland & Jean | 35,000.00 | 30,375.61 | 28,700.00 | 1,675.61 |
| 948.0 | Watkins, Grace | 30,000.00 | 26,036.23 | 24,600.00 | 1,436.23 |
| 209.0 | Watkins, Rachel | 14,650.00 | 12,714.36 | 12,013.00 | 701.36 |
| 906.0 | Weeks, Bethany | 4,469.86 | 3,879.28 | 3,665.29 | 213.99 |
| 889.0 | Weeks, Dwight & Joan | 12,557.31 | 10,898.17 | 10,296.99 | 601.18 |
| 988.0 | Weeks, Jared | 525.00 | 455.63 | 430.50 | 25.13 |
| 899.0 | Weeks-Fischer, Danielle | 2,185.14 | 1,896.43 | 1,791.81 | 104.62 |
| 777.0 | Wegner, Ruby | 39,398.50 | 34,192.95 | 32,306.77 | 1,886.18 |
| 779.0 | Weidner, Arthur & Dianne | 55,640.00 | 48,288.53 | 45,624.80 | 2,663.73 |
| 780.0 | Weimer, Vernon & Susan | 5,242.42 | 4,549.76 | 4,298.78 | 250.98 |
| 973.0 | Wheaton, Tom & Angela | 5,775.00 | 5,011.97 | 4,735.50 | 276.47 |
| 786.0 | Whitson, Mildred M. | 2,087.53 | 1,811.71 | 1,711.77 | 99.94 |
| 797.0 | Wolfe, Bruce & Rosemary | 53,860.00 | 46,743.72 | 44,165.20 | 2,578.52 |
| 797.1 | Wolfe, Sompour | 100.00 | 86.79 | 82.00 | 4.79 |
| 80.1 | World Harvest Now | 441,826.05 | 383,449.53 | 362,297.36 | 21,152.17 |
| 800.0 | Wright, Barbara A. | 11,008.85 | 9,554.30 | 9,027.26 | 527.04 |
| 802.0 | Wright, Dick & Vera | 575.00 | 499.03 | 471.50 | 27.53 |
| 967.0 | Wright, Eugene C. & Lois A. | 3,200.00 | 2,777.20 | 2,624.00 | 153.20 |
| 974.1 | Wyatt Rev. Liv. Tr. 1/14/99 | 275,000.00 | 238,665.47 | 225,500.00 | 13,165.47 |
| 803.0 | Wynn, Nancy | 12,541.63 | 10,884.56 | 10,284.14 | 600.42 |
| 804.0 | York, E. Janice | 203.64 | 176.73 | 166.98 | 9.75 |
| 929.0 | Zai, Aimal | 36,431.80 | 31,618.23 | 29,874.08 | 1,744.15 |
| 808.0 | Zeinstra, Stan & Millie | 50,000.00 | 43,393.72 | 41,000.00 | 2,393.72 |
| 907.0 | Zimmerman, Arthur & Debra | 19,150.00 | 16,619.80 | 15,703.00 | 916.80 |
| | Totals | $ 10,386,141.50 | $ 9,013,866.62 | $ 8,516,635.99 | $ 497,230.63 |

Anticipated Bank Balance as of September 30, 2005   $ 9,013,866.57  
Percent of Allowed Claimed Amount   86.78744334%  
Initial Distribution Amount   $ 8,516,635.99

Initial plus Final Distribution   $ 9,013,866.62

Initial Distribution as a Percentage of Allowed Claims   82.0%

(1) - Subject to change due to interest earned and ongoing Receivership expenses.

**SEC v. Kelsey Garman, et al.**  Exhibit 2
**Claims Disallowed in Their Entirety**

| Member ID | Name | Reason |
|---|---|---|
| 620.1 | Rees, Gertrude | B,D |
| 73 | Bowman, Alfred L. & Arlene | A,B,D |
| 9 | Albers, Rhonda | A,B,C,D,E |
| 776 | Weeks, David & Dorothy | C,D |
| 388 | Hoffman, Roy & Billie | B,C,D |
| 406 | Gooch, Gail Kahler & Jack | A,B,D |
| 64 | Blair, Steven & Cynthia | A,B,C,D,E |
| 61 | Bishard, America | B,C,D |
| 517 | Matherne, Richard & Stephanie | B,D |
| 187 | Ferguson, Donald & Rosemary | A,B,D |
| 660 | Schoffmann, Ben & Martha | A,B,C,D,E |
| 129 | Comfort, Byron & Elsie | D,E |
| 449 | Klibbe, Mark & Jennifer | E |
| 509 | Marette, Bob & Deborah | C,D |
| 595 | Perez, John & Lisa | B,D |
| 421 | Jokinen, Dave & Sandy | A,B,D |
| 545 | Milon, Shirleen | B,D |
| 363 | Gutierrez, Bryan & Michelle | B, D |