## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**CASE NO. 04-cv-00354-WDM-BNB**

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

vs.

KELSEY L. GARMAN,
KOINONIA INCOME ACCOUNT,
KOINONIA INVESTMENT CLUB II,
KOINONIA 100/200 CLUB AND
KOINONIA KINGDOM CLUB

    Defendants

**ORDER ON RECEIVER'S NINTH APPLICATION FOR APPROVAL
OF PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR THE
PERIOD FROM APRIL 1, 2006 THROUGH JUNE 30, 2006**

    **THE COURT**, being advised in the premises and having reviewed the Receiver's Ninth Application for Approval of Payment of Receiver's Fees and Expenses for the Period April 1, 2006, through June 30, 2006 (the "Ninth Application"), and any responses thereto filed by the parties, and finding the Receiver's fees and expenses are reasonable and necessary to the proper administration of this receivership estate,

    **ORDERS** that the Ninth Application is approved and the Receiver's fees previously paid pursuant to the Court's order of May 25, 2004, in the amount of **$9,882.00**, and expenses incurred in the amount of **$13,183.89** during the period April 1, 2006 through June 30, 2006, are hereby approved by the Court.

Dated July 19, 2006.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge