IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 04-CV-0354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

vs.

KELSEY L. GARMAN,
KOINONIA INCOME ACCOUNT,
KOINONIA INVESTMENT CLUB II,
KOINONIA 100/200 CLUB AND
KOINONIA KINGDOM CLUB

    Defendants

---

**ORDER ON RECEIVER'S TENTH APPLICATION FOR APPROVAL
OF PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR THE
PERIOD FROM JULY 1, 2006 THROUGH SEPTEMBER 30, 2006**

---

    **THE COURT**, being advised in the premises and having reviewed the Receiver's Tenth Application for Approval of Payment of Receiver's Fees and Expenses for the Period July 1, 2006 through September 30, 2006 (the "Tenth Application"), and any responses thereto filed by the parties, and finding the Receiver's fees and expenses are reasonable and necessary to the proper administration of this receivership estate,

    **ORDERS** that the Tenth Application is approved and the Receiver's fees previously paid pursuant to the Court's order of May 25, 2004 in the amount of $ 4,410.00 , and expenses incurred in the amount of $ 5,261.50 during the period July 1, 2006 through September 30, 2006, are hereby approved by the Court.

DATED this 19th day of October, 2006.    BY THE COURT:

                                                                           /s/ Boyd N. Boland
                                                                           Boyd N. Boland
                                                                           United States Magistrate Judge