IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KELSEY L. GARMAN, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

---

    The court takes notice of Plaintiff's Notice of Dismissal as to Defendants Koinonia Investment Club II, Koinonia Income Account, Koinonia 100/200 and Koinonia Kingdom Club in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed without prejudice as to defendants Koinonia Investment Club II, Koinonia Income Account, Koinonia 100/200 and Koinonia Kingdom Club only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on November 7, 2006.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge

PDF FINAL