IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   04-cv-00354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KELSEY L. GARMAN, et al.,

    Defendant(s).
_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

    This matter is before me on the plaintiff's response, filed November 29, 2006, (doc. no. 75) to my show cause order why this case should not be closed.  Plaintiff indicated that some matters concerning the receiver remain to be completed and that some further inquiries were being made.  Since that time the receiver has filed financial reports and obtained the approval of Magistrate Judge Boyd N. Boland to the receiver's motion for approval of fees and expenses.  No other matters are pending before Magistrate Boland or me.  Under these circumstances it is appropriate that this matter be administratively closed, subject to reopening for good cause.

    Accordingly, it is ordered that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2 which may be reopened for good cause.  If no such motion or

other action is taken to reopen this matter on or before October 1, 2007, this matter may be dismissed without further order to the parties.

DATED at Denver, Colorado, on March 9, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge