IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   04-cv-00354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KELSEY L. GARMAN, et al.,

    Defendant(s).
_____

**ORDER REOPENING CASE AND REFERRING MOTIONS TO MAGISTRATE JUDGE**
_____

    This matter is before me on the Unopposed Motion to Reopen Case that was Administratively Closed (doc. no. 189) and various motions regarding fees.  Good cause having been shown, this case is reopened.  It is further ordered pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b) that the motions (doc. nos. 186, 190, 191 and 193) are referred to Magistrate Judge Boyd N. Boland.

    DATED at Denver, Colorado, on September 25, 2007.

                                          BY THE COURT:


                                          s/ Walker D. Miller
                                          United States District Judge

PDF FINAL