IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 04-CV-0354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

vs.

KELSEY L. GARMAN,
KOINONIA INCOME ACCOUNT,
KOINONIA INVESTMENT CLUB II,
KOINONIA 100/200 CLUB AND
KOINONIA KINGDOM CLUB

    Defendants

---

ORDER ON RECEIVER'S TWELFTH APPLICATION FOR APPROVAL
OF PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR THE
PERIOD FROM JANUARY 1, 2007 THROUGH MARCH 31, 2007

---

    THE COURT, being advised in the premises and having reviewed the Receiver's Twelfth Application for Approval of Payment of Receiver's Fees and Expenses for the Period January 1, 2007 through March 31, 2007 (the "Twelfth Application"), and any responses thereto filed by the parties, and finding the Receiver's fees and expenses are reasonable and necessary to the proper administration of this receivership estate,

    ORDERS that the Twelfth Application is approved and the Receiver's fees previously paid pursuant to the Court's order of May 25, 2004 in the amount of $ _11,592.00_ , and expenses incurred in the amount of $ _10,194.04_ during the period January 1, 2007 through March 31, 2007, are hereby approved by the Court.

DATED this _16th_ day of _October_, 2007.    BY THE COURT:

_Boyd N. Boland_
Boyd N. Boland
United States Magistrate Judge