IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 04-CV-0354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

vs.

KELSEY L. GARMAN,
KOINONIA INCOME ACCOUNT,
KOINONIA INVESTMENT CLUB II,
KOINONIA 100/200 CLUB AND
KOINONIA KINGDOM CLUB

    Defendants

---

ORDER ON RECEIVER'S THIRTEENTH AND FINAL APPLICATION
FOR APPROVAL OF PAYMENT OF RECEIVER'S FEES AND
EXPENSES FOR THE PERIOD APRIL 1, 2007 THROUGH JUNE 25, 2007
AND FOR ESTIMATED FEES AND EXPENSES TO BE INCURRED
THEREAFTER DURING FINAL ADMINISTRATION

---

    THE COURT, being advised in the premises and having reviewed the Receiver's Thirteenth and Final Application for Approval of Payment of Receiver's Fees and Expenses for the Period April 1, 2007 through June 25, 2007 and for Estimated Fees and Expenses to be Incurred Thereafter During Final Administration (the "Final Fee Application"), and any responses thereto filed by the parties, and finding the Receiver's fees and expenses are reasonable and necessary to the proper administration of this receivership estate,

    **ORDERS** that the Final Fee Application is approved and the Receiver's fees previously paid pursuant to the Court's order of May 25, 2004 in the amount of $ _10,998.00_ , and expenses incurred in the amount of $ _10,975.63_ during the period April 1, 2007 through June 25, 2007, are hereby approved by the Court. The Court

    **FURTHER ORDERS** that the Receiver's future fees and expenses which he estimates will be incurred in the amount of $20,291.19 as set forth in the Final Fee Applications are hereby approved by the Court and the Receiver is authorized to pay such fees and expenses in the amount ~~of $~~ _actually incurred not to exceed 20,291.19._

DATED this 16th day of October, 2007.

BY THE COURT:

_____
Boyd N. Boland
United States Magistrate Judge