IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 04-CV-0354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

vs.

KELSEY L. GARMAN,
KOINONIA INCOME ACCOUNT,
KOINONIA INVESTMENT CLUB II,
KOINONIA 100/200 CLUB AND
KOINONIA KINGDOM CLUB

    Defendants

---

**ORDER ON RECEIVER'S UNOPPOSED MOTION TO AMEND ORDER GRANTING RECEIVER'S SECOND APPLICATION FOR APPROVAL OF PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR THE PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004**

---

**THE COURT,** having received and reviewed the Receiver's Unopposed Motion to Amend Order Granting the Receiver's Second Application for Approval of Payment of Receiver's Fees and Expenses for the Period From July 1, 2004 through September 30, 2004 (the "Receiver's Motion to Amend"), and any response thereto, and finding the relief requested therein reasonable and justified in the circumstances,

**ORDERS** the Receiver's Motion to Amend is granted. The Order Granting the Receiver's Second Application for Approval of Payment of Receiver's Fees and Expenses for the Period From July 1, 2004 through September 30, 2004, which Order was entered on December 3, 2004, is hereby amended to provide that the Receiver's out-of-pocket expenses in the amount of $11,252.06, which

are set forth in Attachment 2 to Exhibit B to the Second Fee Application and in **Exhibit B** to the Receiver's Motion to Amend, also are approved and that the Receiver's out-of-pocket expenses incurred in the total amount of $22,376.06 during the period from July 1, 2004 through September 30, 2004, are approved.

**DATED** this 16th day of October, 2007.

BY THE COURT:

_____
Boyd N. Boland
United States District Court Magistrate Judge