IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00354-WDM-BNB

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

KELSEY L. GARMAN,
KOINONIA INCOME ACCOUNT,
KOINONIA INVESTMENT CLUB II,
KOINONIA 100/200 CLUB, and
KOINONIA KINGDOM CLUB,

Defendants.

**ORDER**

This matter is before me on the **Receiver's Unopposed Motion to Approve Final Report and Proposed Final Distribution of Receivership Assets and Request for Expedited Determination** [Doc. # 191, filed 8/30/2007] (the "*Motion*"). The Motion is GRANTED.

This action was commenced by a complaint filed by the Securities and Exchange Commission alleging that Kelsey L. Garman improperly operated the four defendant investment funds resulting in substantial loses to the investors. The Receiver was appointed on March 2, 2004, and thereafter took control of the assets.

On February 18, 2005, I found that the Receiver was prepared to receive and process claims, and I entered an order establishing a claim procedure. The procedure required the Receiver to send a claim form and related materials to all known and reasonably ascertainable claimants within 10 days of February 18, 2005. Claimants were required to complete a claim

form and to submit it to the Receiver on or before April 18, 2005. The Receiver had 30 days within which to allow or disallow claims. The procedure also required claimants to challenge within 20 days of receiving notice of the disallowance any decision by the Receiver disallowing a claim. Finally, the procedure provided:

> Failure by the Claimant to file and serve a request for review within 20 days after service of the notice of disallowance shall bar further review of the Receiver's determination and, to the extent of the disallowance, the Claimant shall not be entitled to share in the assets of the Receivership Estate. . . .

[Doc. # 86, filed 2/18/2005.]

The Receiver followed the claim procedure, and on September 30, 2005, he filed the *Receiver's Motion to Approve Report Concerning Allowance and Disallowance of Claims and to Authorize Interim Distribution* [Doc. # 117] (the "*Receiver's Motion to Approve Allowance and Disallowance of Claims*"). I reviewed the *Receiver's Motion to Approve Allowance and Disallowance of Claims* and recommended to the district judge that it be approved. *Recommendation of United States Magistrate Judge* [Doc. # 135, filed 1/312/2006]. A copy of my recommendation was served by United States mail, first class service, on each party to this action and on each of the claimants. All interested parties were allowed 10 days after service of the recommendation to serve and file specific, written objections to it, but no objection was received. By an Order [Doc. # 141] entered on April 13, 2006, the district judge accepted my recommendation, allowed the claims set forth in Exhibit 1 to the Order, and disallowed the claims set forth in Exhibit 2 to the Order. The district judge also authorized an interim distribution to the claimants in the amount of $8,516,636.

The rights of the claimants were fully established by the Order [Doc. # 141] allowing claims. The current *Motion* requests a final distribution of the Receivership assets based on the formula previously established by that Order. Approval of the final distribution is a ministerial function.

The Receiver states in the *Motion* that he has filed appropriate tax returns, that he is informed by the Internal Revenue Service that there is no current audit activity on those returns, and that "waiting for further word from the IRS is not necessary and will not result in a substantial benefit to the estate." *Motion* at ¶¶14-19.

I have approved all pending fee applications, and all fees and expenses of the Receiver incurred to date have been paid. The Receiver has estimated all remaining fees and expenses necessary to conclude the Receivership; the funds to pay those fees and expenses have been set aside; and I have authorized that they be paid by the Receiver as incurred, to a maximum amount.

Under these circumstances, it is appropriate to approve the final distribution of assets to the claimants.

Attached as Exhibit 9 to the *Motion* is a list of claimants;[1] the amount of their allowed claims; the amount of their allowed claims after a proportionate reduction of 11.4%;[2] the amount of the approved interim distribution; the proposed final distribution; and the total amount

---

[1] Although the names of a few of the claimants do not match exactly the names contained in Exhibit 1 to the Order [Doc. # 141] allowing claims, the claimant numbers match, as do the amounts of the allowed claims. I am satisfied as a result of a careful review that Exhibit 1 to the Order allowing claims and Exhibit 9 to the *Motion* are consistent.

[2] The Order [Doc. # 141] allowing claims provided for a proportionate reduction of 14%. The Receiver has subsequently recovered additional funds which are being distributed to the claimants. Consequently, the required proportionate reduction is smaller than was previously anticipated.

distributed. I find that the Receiver's work in determining the amount of the final distribution is thorough and accurate, and I approve it.

IT IS ORDERED that the *Motion* is GRANTED as follows:

(1)  The Receiver shall make a final distribution of $690,462.89 to the identified claimants in the amounts specified in Exhibit 9, attached to and made a part of this Order, within 15 days;

(2)  At the time of his discharge, the Receiver shall transfer to the Securities and Exchange Commission any excess of the funds reserved for final fees and expenses and any unclaimed funds from the final distribution;

(3)  The Receiver shall assure that necessary documents and records are maintained for seven years, after which time they may be destroyed; and

(4)  On or before **April 15, 2008**, the Receiver shall either (a) move for an order discharging him from his duties, or (b) file a status report addressing all remaining duties to be performed and estimating when the Receiver will move for an order of discharge.

Dated October 23, 2007.

BY THE COURT:

*/s/ Boyd N. Boland*
United States Magistrate Judge

SEC v. KELSEY GARMAN, et al.  
CASE NO. 04-CV-0354-WDM-BNB  
Interim Distribution and Receiver's Proposed Final Distribution

Exhibit 9

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Approved Interim Distribution Amount (1) | Proposed Final Distribution (2) | Total Amount Distributed |
|---|---|---:|---:|---:|---:|---:|
| 1.0 | Acheson, Dan & Susanne | $ 600.00 | $ 531.89 | $ 492.00 | $ 39.89 | $ 531.89 |
| 3.0 | Acheson, Virginia | 10,425.00 | 9,241.55 | 8,548.50 | 693.05 | 9,241.55 |
| 947.0 | Adams, Daniel | 1,135.49 | 1,006.59 | 931.10 | 75.49 | 1,006.59 |
| 946.0 | Adams, John | 1,134.07 | 1,005.33 | 929.94 | 75.39 | 1,005.33 |
| 6.0 | Adams, Melvin D. & Betty L. | 49,330.39 | 43,730.37 | 40,450.92 | 3,279.45 | 43,730.37 |
| 949.0 | Alexander, Sue | 280,204.92 | 248,395.84 | 229,768.03 | 18,627.81 | 248,395.84 |
| 13.0 | Anderson, Keith & Charlotte | 19,700.00 | 17,463.64 | 16,154.00 | 1,309.64 | 17,463.64 |
| 18.0 | Anderson, Wesley & Judith | 161,304.50 | 142,993.09 | 132,269.69 | 10,723.40 | 142,993.09 |
| 20.0 | Archer, Jenene | 2,264.00 | 2,006.99 | 1,856.48 | 150.51 | 2,006.99 |
| 102.1 | Audette, Jack | 1,225.00 | 1,085.94 | 1,004.50 | 81.44 | 1,085.94 |
| 875.0 | Baerg, Brittany | 988.00 | 875.84 | 810.16 | 65.68 | 875.84 |
| 25.1 | Baerg, Cody | 1,000.00 | 886.48 | 820.00 | 66.48 | 886.48 |
| 25.0 | Baerg, Dan & Joyce | 12,000.00 | 10,637.75 | 9,840.00 | 797.75 | 10,637.75 |
| 25.2 | Baerg, Toby | 1,000.00 | 886.48 | 820.00 | 66.48 | 886.48 |
| 876.0 | Baerg, Zachary | 988.00 | 875.84 | 810.16 | 65.68 | 875.84 |
| 27.0 | Baghott, John & Lorraine | 9,950.00 | 8,820.47 | 8,159.00 | 661.47 | 8,820.47 |
| 979.0 | Baldridge, Sam & Sandra | 55,000.00 | 48,756.36 | 45,100.00 | 3,656.36 | 48,756.36 |
| 38.0 | Barnes, Carroll & Carmen | 34,988.00 | 31,016.14 | 28,690.16 | 2,325.98 | 31,016.14 |
| 39.0 | Barnes, Cloyd & Wanda | 1,200.00 | 1,063.78 | 984.00 | 79.78 | 1,063.78 |
| 40.0 | Barnes, Eugene | 5,253.00 | 4,656.68 | 4,307.46 | 349.22 | 4,656.68 |
| 905.0 | Barney, Adam | 2,350.00 | 2,083.23 | 1,927.00 | 156.23 | 2,083.23 |
| 41.1 | Barney, Benjamin | 1,400.00 | 1,241.07 | 1,148.00 | 93.07 | 1,241.07 |
| 41.2 | Barney, Christina | 1,275.00 | 1,130.26 | 1,045.50 | 84.76 | 1,130.26 |
| 904.0 | Barney, Emily | 1,275.00 | 1,130.26 | 1,045.50 | 84.76 | 1,130.26 |
| 41.0 | Barney, Janice | 1,900.00 | 1,684.31 | 1,558.00 | 126.31 | 1,684.31 |
| 43.0 | Bates, Chris & Carol | 12,680.00 | 11,240.56 | 10,397.60 | 842.96 | 11,240.56 |
| 585.1 | Beauty for Ashes | 20,000.00 | 17,729.58 | 16,400.00 | 1,329.58 | 17,729.58 |
| 48.0 | Beck, Dempsey | 7,100.00 | 6,294.00 | 5,822.00 | 472.00 | 6,294.00 |
| 49.0 | Becker, Burleigh & Sandra | 120.00 | 106.38 | 98.40 | 7.98 | 106.38 |
| 52.0 | Beckham, Lewis & Gwendolyn | 85,577.11 | 75,862.33 | 70,173.23 | 5,689.10 | 75,862.33 |
| 822.0 | Best, John & Carolyn | 3,988.00 | 3,535.28 | 3,270.16 | 265.12 | 3,535.28 |
| 70.1 | Bolton, Daniel | 2,238.65 | 1,984.52 | 1,835.69 | 148.83 | 1,984.52 |
| 70.0 | Bolton, Darrell & Tami | 49,123.22 | 43,546.71 | 40,281.04 | 3,265.67 | 43,546.71 |
| 71.0 | Bolton, Donald & Betty | 74,796.09 | 66,305.18 | 61,332.79 | 4,972.39 | 66,305.18 |
| 70.2 | Bolton, Ryan | 2,301.34 | 2,040.09 | 1,887.10 | 152.99 | 2,040.09 |
| 28.0 | Bowland, Carolyn | 3,458.00 | 3,065.45 | 2,835.56 | 229.89 | 3,065.45 |
| 74.0 | Boyd, Bobbie | 6,036.12 | 5,350.90 | 4,949.62 | 401.28 | 5,350.90 |
| 80.0 | Brown, Lamont & Anne | 14,200.00 | 12,588.01 | 11,644.00 | 944.01 | 12,588.01 |
| 854.0 | Brown, Lavelle | 12,992.31 | 11,517.41 | 10,653.69 | 863.72 | 11,517.41 |
| 851.0 | Brumfiel, John | 650.00 | 576.21 | 533.00 | 43.21 | 576.21 |
| 933.0 | Burkholder, George R. | 35,000.00 | 31,026.77 | 28,700.00 | 2,326.77 | 31,026.77 |
| 444.0 | Burkholder, Ruth M. | 22,526.00 | 19,968.83 | 18,471.32 | 1,497.51 | 19,968.83 |
| 824.0 | Burnham, Esther M. | 1,133.50 | 1,004.82 | 929.47 | 75.35 | 1,004.82 |
| 825.0 | Burnham, Joel S. | 952.00 | 843.93 | 780.64 | 63.29 | 843.93 |
| 826.0 | Burnham, Susanna R. | 2,686.59 | 2,381.61 | 2,203.00 | 178.61 | 2,381.61 |
| 985.0 | Bursau, Maurice | 10,000.00 | 8,864.79 | 8,200.00 | 664.79 | 8,864.79 |
| 938.0 | Cardillo, Francis | 7,791.14 | 6,906.68 | 6,388.73 | 517.95 | 6,906.68 |
| 96.0 | Carlisle, Carl & Mary | 3,200.00 | 2,836.73 | 2,624.00 | 212.73 | 2,836.73 |
| 827.0 | Carlsen, Douglas G. | 62,000.00 | 54,961.71 | 50,840.00 | 4,121.71 | 54,961.71 |
| 13.1 | Carlson Family Trust | 23,800.00 | 21,098.21 | 19,516.00 | 1,582.21 | 21,098.21 |
| 102.0 | Caven, Don & Joyce | 4,239.68 | 3,758.39 | 3,476.54 | 281.85 | 3,758.39 |
| 104.1 | Ceramitek | 31,422.61 | 27,855.49 | 25,766.54 | 2,088.95 | 27,855.49 |
| 111.2 | Childers III, Ted | 26,900.00 | 23,846.29 | 22,058.00 | 1,788.29 | 23,846.29 |
| 111.0 | Childers, Ted & Phoebe | 11,138.00 | 9,873.61 | 9,133.16 | 740.45 | 9,873.61 |
| 118.0 | Christensen, Elroy & Marta | 240.00 | 212.76 | 196.80 | 15.96 | 212.76 |
| 119.0 | Christensen, James & JoAnne | 290.00 | 257.08 | 237.80 | 19.28 | 257.08 |
| 117.0 | Christensen, Norma | 4,160.00 | 3,687.75 | 3,411.20 | 276.55 | 3,687.75 |
| 121.0 | Christner, Diane | 120.00 | 106.38 | 98.40 | 7.98 | 106.38 |
| 122.0 | Clarke, Drew & Beth | 14,550.00 | 12,898.27 | 11,931.00 | 967.27 | 12,898.27 |
| 123.0 | Clarke, Fred | 113,572.24 | 100,679.43 | 93,129.24 | 7,550.19 | 100,679.43 |
| 931.0 | Conley, Dean & Ann | 2,325.00 | 2,061.06 | 1,906.50 | 154.56 | 2,061.06 |
| 943.0 | Connolly, Brendan S. | 75.00 | 66.49 | 61.50 | 4.99 | 66.49 |
| 1000.0 | Coolidge Farrell, Christine | 2,246.84 | 1,991.78 | 1,842.41 | 149.37 | 1,991.78 |
| 828.0 | Coolidge, Melvin & Linda | 65,918.89 | 58,435.73 | 54,053.49 | 4,382.24 | 58,435.73 |
| 548.1 | Courtright, Rachel | 2,100.00 | 1,861.61 | 1,722.00 | 139.61 | 1,861.61 |
| 135.0 | Cover, James & Dee | 10,000.00 | 8,864.79 | 8,200.00 | 664.79 | 8,864.79 |
| 102.2 | Coy, Portia | 1,325.00 | 1,174.58 | 1,086.50 | 88.08 | 1,174.58 |
| 138.0 | Crenshaw, Dan & Judy | 22,000.00 | 19,502.54 | 18,040.00 | 1,462.54 | 19,502.54 |
| 812.0 | Crenshaw, Jon | 18,538.00 | 16,433.55 | 15,201.16 | 1,232.39 | 16,433.55 |
| 140.0 | Crowfoot, Rick & Karen | 85.00 | 75.35 | 69.70 | 5.65 | 75.35 |
| 399.0 | Cuppy, JoAnne | 54,024.35 | 47,891.46 | 44,299.97 | 3,591.49 | 47,891.46 |

SEC v. KELSEY GARMAN, et al.  
CASE NO. 04-CV-0354-WDM-BNB  
Interim Distribution and Receiver's Proposed Final Distribution

Exhibit 9

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Approved Interim Distribution Amount (1) | Proposed Final Distribution (2) | Total Amount Distributed |
|---|---|---|---|---|---|---|
| 147.0 | Davis, Kim & Lee Anne | 20,000.00 | 17,729.58 | 16,400.00 | 1,329.58 | 17,729.58 |
| 983.0 | Davis, Robin | 40,000.00 | 35,459.17 | 32,800.00 | 2,659.17 | 35,459.17 |
| 152.0 | Deak, Steven & Elizabeth | 15,925.00 | 14,117.18 | 13,058.50 | 1,058.68 | 14,117.18 |
| 157.0 | Deveaux, Denis & Frances | 32,994.15 | 29,248.63 | 27,055.20 | 2,193.43 | 29,248.63 |
| 836.0 | Diamond, Joseph | 21,992.29 | 19,495.71 | 18,033.68 | 1,462.03 | 19,495.71 |
| 160.0 | Dick, Lois | 28,638.00 | 25,386.99 | 23,483.16 | 1,903.83 | 25,386.99 |
| 165.0 | Dolan, Paul & Cheryl | 2,464.00 | 2,184.28 | 2,020.48 | 163.80 | 2,184.28 |
| 168.0 | Dortch, John | 1,250.00 | 1,108.10 | 1,025.00 | 83.10 | 1,108.10 |
| 102.3 | Edwards, Katie | 1,225.00 | 1,085.94 | 1,004.50 | 81.44 | 1,085.94 |
| 102.4 | Edwards, Michael | 1,225.00 | 1,085.94 | 1,004.50 | 81.44 | 1,085.94 |
| 176.0 | Ekno, Tim J. & Vanessa K. | 25,386.47 | 22,504.58 | 20,816.91 | 1,687.67 | 22,504.58 |
| 837.0 | Farmer, Clara | 41,800.00 | 37,054.83 | 34,276.00 | 2,778.83 | 37,054.83 |
| 182.0 | Farmer, Daniel & Judy | 44,834.00 | 39,744.41 | 36,763.88 | 2,980.53 | 39,744.41 |
| 838.0 | Farmer, Stephanie | 4,975.00 | 4,410.23 | 4,079.50 | 330.73 | 4,410.23 |
| 185.1 | Fee, Caroline | 6,675.00 | 5,917.25 | 5,473.50 | 443.75 | 5,917.25 |
| 185.0 | Fee, Gregory & Cristine | 4,014.99 | 3,559.21 | 3,292.29 | 266.92 | 3,559.21 |
| 186.0 | Fee, Ray & Margaret | 50,378.00 | 44,659.05 | 41,309.96 | 3,349.09 | 44,659.05 |
| 950.0 | Ferguson, Danelle | 6,000.00 | 5,318.88 | 4,920.00 | 398.88 | 5,318.88 |
| 873.0 | Fick, Alan & Georgia | 20,000.00 | 17,729.58 | 16,400.00 | 1,329.58 | 17,729.58 |
| 194.0 | Foltz, Ann | 950.00 | 842.16 | 779.00 | 63.16 | 842.16 |
| 210.0 | Galloway, Bob & Eunice | 3,500.00 | 3,102.68 | 2,870.00 | 232.68 | 3,102.68 |
| 548.2 | Gammill, Aaron | 1,500.00 | 1,329.72 | 1,230.00 | 99.72 | 1,329.72 |
| 548.3 | Gammill, Chandra | 2,100.00 | 1,861.61 | 1,722.00 | 139.61 | 1,861.61 |
| 898.0 | Gamwell, Stanley | 50,000.00 | 44,323.96 | 41,000.00 | 3,323.96 | 44,323.96 |
| 910.0 | Garagorry, Oswaldo & Sonia | 4,000.01 | 3,545.93 | 3,280.01 | 265.92 | 3,545.93 |
| 215.1 | Garman, Joyce | 52,165.09 | 46,243.27 | 42,775.37 | 3,467.90 | 46,243.27 |
| 217.0 | Gates, Donald R & Julie A. | 1,200.00 | 1,063.78 | 984.00 | 79.78 | 1,063.78 |
| 991.0 | Glanville, Charles & Lee | 15,000.00 | 13,297.19 | 12,300.00 | 997.19 | 13,297.19 |
| 998.0 | Glanville, Robert and Jacquelyn | 1,500.00 | 1,329.72 | 1,230.00 | 99.72 | 1,329.72 |
| 969.0 | Grainger, Malcolm & Johnie | 13,134.38 | 11,643.36 | 10,770.19 | 873.17 | 11,643.36 |
| 238.0 | Grey, John & Geraldine | 650.00 | 576.21 | 533.00 | 43.21 | 576.21 |
| 354.0 | Griffin, Amanda J. | 220.00 | 195.03 | 180.40 | 14.63 | 195.03 |
| 357.0 | Grover, Jeanne E. | 10,000.00 | 8,864.79 | 8,200.00 | 664.79 | 8,864.79 |
| 358.0 | Grubbs, David & Catherine | 40,335.00 | 35,756.14 | 33,074.70 | 2,681.44 | 35,756.14 |
| 924.0 | Gustman, Bethany | 11,500.00 | 10,194.51 | 9,430.00 | 764.51 | 10,194.51 |
| 362.0 | Gustman, Ronald & Shirley | 72,000.00 | 63,826.51 | 59,040.00 | 4,786.51 | 63,826.51 |
| 364.0 | Gutierrez, Conrad & Heidi | 20,995.96 | 18,612.48 | 17,216.69 | 1,395.79 | 18,612.48 |
| 976.0 | Haggerty, Deidre | 14,758.63 | 13,083.22 | 12,102.08 | 981.14 | 13,083.22 |
| 977.0 | Haggerty, Patrick | 8,500.00 | 7,535.07 | 6,970.00 | 565.07 | 7,535.07 |
| 815.0 | Haggerty, Tom & Terri | 1,914.00 | 1,696.72 | 1,569.48 | 127.24 | 1,696.72 |
| 893.0 | Hagiwara, Charlotte | 28,210.08 | 25,007.65 | 23,132.27 | 1,875.38 | 25,007.65 |
| 855.0 | Haines, Tyler | 1,000.00 | 886.48 | 820.00 | 66.48 | 886.48 |
| 882.0 | Hallet Estate, Marion | 54,500.00 | 48,313.12 | 44,690.00 | 3,623.12 | 48,313.12 |
| 995.0 | Hammel, Sean | 300.00 | 265.94 | 246.00 | 19.94 | 265.94 |
| 370.0 | Hanselman, Ron & Jill | 64.00 | 56.73 | 52.48 | 4.25 | 56.73 |
| 864.0 | Hayes, Doris | 500.00 | 443.24 | 410.00 | 33.24 | 443.24 |
| 377.0 | Hayes, Lee & Sandi | 2,275.00 | 2,016.74 | 1,865.50 | 151.24 | 2,016.74 |
| 380.0 | Helling, Lillian | 228.00 | 202.12 | 186.96 | 15.16 | 202.12 |
| 970.0 | Helling, Marilee | 1,200.00 | 1,063.78 | 984.00 | 79.78 | 1,063.78 |
| 381.0 | Herber, E.A. | 3,950.00 | 3,501.59 | 3,239.00 | 262.59 | 3,501.59 |
| 381.1 | Herber, Shirley | 74,211.53 | 65,786.98 | 60,853.45 | 4,933.53 | 65,786.98 |
| 975.1 | Hoffpauir, John | 4,550.00 | 4,033.48 | 3,731.00 | 302.48 | 4,033.48 |
| 975.0 | Hoffpauir, Patricia | 5,125.00 | 4,543.21 | 4,202.50 | 340.71 | 4,543.21 |
| 390.0 | Hogue, Dick & Marilyn | 7,627.60 | 6,761.71 | 6,254.63 | 507.08 | 6,761.71 |
| 897.0 | Hojnowski, Jim & Marianne | 6,000.00 | 5,318.88 | 4,920.00 | 398.88 | 5,318.88 |
| 393.0 | Holland, Eugene & Paula | 71,420.00 | 63,312.35 | 58,564.40 | 4,747.95 | 63,312.35 |
| 396.0 | Hopper, Marvin & Sharon | 20,306.54 | 18,001.33 | 16,651.36 | 1,349.97 | 18,001.33 |
| 984.0 | Houchins, Laura | 70,414.99 | 62,421.43 | 57,740.29 | 4,681.14 | 62,421.43 |
| 870.0 | Huber, Kenneth W & Gloria C. | 17,255.99 | 15,297.08 | 14,149.91 | 1,147.17 | 15,297.08 |
| 401.0 | Huebl (KIA #1), Norm & Lorna | 67,182.76 | 59,556.12 | 55,089.86 | 4,466.26 | 59,556.12 |
| 402.0 | Huebl, Marc & Madeleine | 55,328.48 | 49,047.55 | 45,369.35 | 3,678.20 | 49,047.55 |
| 407.0 | Jackson, Kenneth C & Joan C. | 79,500.00 | 70,475.10 | 65,190.00 | 5,285.10 | 70,475.10 |
| 420.0 | Johnson, Eleanor | 9,459.08 | 8,385.28 | 7,756.45 | 628.83 | 8,385.28 |
| 418.0 | Johnson, Marian A. | 23,368.63 | 20,715.81 | 19,162.28 | 1,553.53 | 20,715.81 |
| 422.0 | Jones, Stephen & Donna | 15,938.00 | 14,128.71 | 13,069.16 | 1,059.55 | 14,128.71 |
| 994.0 | Jones, William & Jo Ann | 22,000.00 | 19,502.54 | 18,040.00 | 1,462.54 | 19,502.54 |
| 872.0 | Jumper, Allan | 44,000.00 | 39,005.09 | 36,080.00 | 2,925.09 | 39,005.09 |
| 431.0 | Kaminski, Patsy | 940.00 | 833.29 | 770.80 | 62.49 | 833.29 |
| 840.0 | Kamps, Edwin & Wilma | 20,000.00 | 17,729.58 | 16,400.00 | 1,329.58 | 17,729.58 |
| 437.0 | Keim, Marianne Jean | 2,387.00 | 2,116.03 | 1,957.34 | 158.69 | 2,116.03 |
| 438.0 | Keller, Charles E & Sally | 9,450.00 | 8,377.23 | 7,749.00 | 628.23 | 8,377.23 |

SEC v. KELSEY GARMAN, et al.  
CASE NO. 04-CV-0354-WDM-BNB  
Interim Distribution and Receiver's Proposed Final Distribution

Exhibit 9

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Approved Interim Distribution Amount (1) | Proposed Final Distribution (2) | Total Amount Distributed |
|---|---|---|---|---|---|---|
| 439.0 | Kershner, Lyniel & Sandra | 240.00 | 212.76 | 196.80 | 15.96 | 212.76 |
| 952.1 | Kindall, Annabell | 2,500.00 | 2,216.20 | 2,050.00 | 166.20 | 2,216.20 |
| 963.0 | Kindall, Carolyn | 10,000.00 | 8,864.79 | 8,200.00 | 664.79 | 8,864.79 |
| 859.0 | Kindall, Daniel & April | 120,000.00 | 106,377.51 | 98,400.00 | 7,977.51 | 106,377.51 |
| 859.1 | Kindall, Elijah | 2,000.00 | 1,772.96 | 1,640.00 | 132.96 | 1,772.96 |
| 443.0 | Kindall, Evand & Avona | 312,094.08 | 276,664.92 | 255,917.15 | 20,747.77 | 276,664.92 |
| 859.2 | Kindall, Noah | 4,000.00 | 3,545.92 | 3,280.00 | 265.92 | 3,545.92 |
| 952.0 | Kindall, Steve & Marjean | 13,272.41 | 11,765.72 | 10,883.38 | 882.34 | 11,765.72 |
| 935.0 | King, Philip | 11,500.00 | 10,194.51 | 9,430.00 | 764.51 | 10,194.51 |
| 445.0 | King, Robert & Hannah | 38,000.00 | 33,686.21 | 31,160.00 | 2,526.21 | 33,686.21 |
| 446.0 | King, Sheridan | 21,440.00 | 19,006.11 | 17,580.80 | 1,425.31 | 19,006.11 |
| 447.0 | Klakulak, Matt & Michelle | 37,850.00 | 33,553.24 | 31,037.00 | 2,516.24 | 33,553.24 |
| 449.1 | Klibbe, Dominique | 710.00 | 629.40 | 582.20 | 47.20 | 629.40 |
| 449.2 | Klibbe, Jonathan | 710.00 | 629.40 | 582.20 | 47.20 | 629.40 |
| 104.0 | Knorowski, Andy & Peggy | 37,489.03 | 33,233.25 | 30,741.00 | 2,492.25 | 33,233.25 |
| 455.0 | Kogler, Doug & LuAnn | 1,920.00 | 1,702.04 | 1,574.40 | 127.64 | 1,702.04 |
| 456.0 | Kohlrieser, John | 10,000.00 | 8,864.79 | 8,200.00 | 664.79 | 8,864.79 |
| 458.0 | Korach, Donald & Marjorie | 5,000.00 | 4,432.40 | 4,100.00 | 332.40 | 4,432.40 |
| 460.0 | Krahmer, Ronald & Barbara | 600.00 | 531.89 | 492.00 | 39.89 | 531.89 |
| 463.0 | Krispinsky, Genevieve | 4,007.00 | 3,552.12 | 3,285.74 | 266.38 | 3,552.12 |
| 680.0 | Kruger, Teri & Walter | 733.41 | 650.15 | 601.40 | 48.75 | 650.15 |
| 466.0 | Kuhn, Gregory & Debra | 14,650.00 | 12,986.92 | 12,013.00 | 973.92 | 12,986.92 |
| 861.0 | Kulp, Kara | 725.00 | 642.70 | 594.50 | 48.20 | 642.70 |
| 862.0 | Kulp, Kori | 900.00 | 797.83 | 738.00 | 59.83 | 797.83 |
| 861.1 | Kulp, Kortne | 1,150.00 | 1,019.45 | 943.00 | 76.45 | 1,019.45 |
| 862.1 | Kulp, Kyle | 700.00 | 620.54 | 574.00 | 46.54 | 620.54 |
| 468.0 | Kulp, Willis & Evelyn | 12,410.00 | 11,001.21 | 10,176.20 | 825.01 | 11,001.21 |
| 470.0 | Kuster, Melvin | 520.00 | 460.97 | 426.40 | 34.57 | 460.97 |
| 898.1 | LaLuz Spanish Gospel Tape | 170,000.00 | 150,701.47 | 139,400.00 | 11,301.47 | 150,701.47 |
| 474.0 | Lawrence, Darlene | 7,225.00 | 6,404.81 | 5,924.50 | 480.31 | 6,404.81 |
| 476.0 | LeBlanc, Ronald & Linda | 4,975.00 | 4,410.23 | 4,079.50 | 330.73 | 4,410.23 |
| 102.5 | Lee, Cassandra | 950.00 | 842.16 | 779.00 | 63.16 | 842.16 |
| 102.6 | Lee, Donald | 850.00 | 753.51 | 697.00 | 56.51 | 753.51 |
| 102.7 | Lee, Elizabeth | 850.00 | 753.51 | 697.00 | 56.51 | 753.51 |
| 479.0 | LeFebre, Brad & Annemarie | 17,475.00 | 15,491.22 | 14,329.50 | 1,161.72 | 15,491.22 |
| 481.0 | LeFebre, Cory & Candace | 3,751.99 | 3,326.06 | 3,076.63 | 249.43 | 3,326.06 |
| 482.0 | LeFebre, Don & Meribeth | 6,087.75 | 5,396.66 | 4,991.96 | 404.70 | 5,396.66 |
| 485.0 | LeFebre, Lee & Betty | 44,545.64 | 39,488.79 | 36,527.42 | 2,961.37 | 39,488.79 |
| 488.0 | Lemay, Norman & Deanna | 41,939.38 | 37,178.39 | 34,390.29 | 2,788.10 | 37,178.39 |
| 898.2 | Little Children Mission | 15,000.00 | 13,297.19 | 12,300.00 | 997.19 | 13,297.19 |
| 909.0 | Lopes, Diane & John | 100.00 | 88.65 | 82.00 | 6.65 | 88.65 |
| 497.0 | Loser, Larry & Jan | 28,525.00 | 25,286.82 | 23,390.50 | 1,896.32 | 25,286.82 |
| 968.0 | Loveland, Rob & Jessica | 5,000.00 | 4,432.40 | 4,100.00 | 332.40 | 4,432.40 |
| 501.0 | Lunoe, Richard W & Jean G. | 31,000.00 | 27,480.86 | 25,420.00 | 2,060.86 | 27,480.86 |
| 502.0 | Mackelprang, Toni | 14,963.00 | 13,264.39 | 12,269.66 | 994.73 | 13,264.39 |
| 504.0 | Madonna, Rick | 200,000.00 | 177,295.85 | 164,000.00 | 13,295.85 | 177,295.85 |
| 507.0 | Manuele, Anthony & Magdalene | 148,090.00 | 131,278.71 | 121,433.80 | 9,844.91 | 131,278.71 |
| 508.0 | Manus, Ronald & Phyllis | 141,168.00 | 125,142.50 | 115,757.76 | 9,384.74 | 125,142.50 |
| 756.0 | Maranatha Investments | 1,241,268.70 | 1,100,358.93 | 1,017,840.33 | 82,518.60 | 1,100,358.93 |
| 716.0 | Marie V. Stevens Trust, | 29,335.00 | 26,004.87 | 24,054.70 | 1,950.17 | 26,004.87 |
| 511.0 | Marshall, Wallace J & Lois C. | 528.20 | 468.24 | 433.12 | 35.12 | 468.24 |
| 986.0 | McColm, Pearl | 15,000.00 | 13,297.19 | 12,300.00 | 997.19 | 13,297.19 |
| 900.0 | McDowell, Chris & Jenny | 1,000.00 | 886.48 | 820.00 | 66.48 | 886.48 |
| 526.0 | McGlamery, Harold & Alice | 63,479.31 | 56,273.09 | 52,053.03 | 4,220.06 | 56,273.09 |
| 527.0 | McMechen, Monte & Megan | 2,430.00 | 2,154.14 | 1,992.60 | 161.54 | 2,154.14 |
| 530.0 | Melton, Claude | 2,983.60 | 2,644.90 | 2,446.55 | 198.35 | 2,644.90 |
| 589.0 | Meschke, Rachel | 55,676.00 | 49,355.62 | 45,654.32 | 3,701.30 | 49,355.62 |
| 534.0 | Meyer, Donald & Suzanne | 60,200.00 | 53,366.05 | 49,364.00 | 4,002.05 | 53,366.05 |
| 856.0 | Midkiff, Tiffanie | 1,000.00 | 886.48 | 820.00 | 66.48 | 886.48 |
| 543.0 | Miller, William & Cynthia | 2,550.00 | 2,260.52 | 2,091.00 | 169.52 | 2,260.52 |
| 929.1 | Mission Evangelism Foundation | 35,678.80 | 31,628.52 | 29,256.62 | 2,371.90 | 31,628.52 |
| 548.0 | Mlady, Karen A. | 704.12 | 624.19 | 577.38 | 46.81 | 624.19 |
| 843.0 | Moe, Lee R. | 11,293.86 | 10,011.77 | 9,260.97 | 750.80 | 10,011.77 |
| 996.0 | Mohling, Wilma | 12,005.90 | 10,642.98 | 9,844.84 | 798.14 | 10,642.98 |
| 549.0 | Moncrieff, David & Cathy | 1,150.00 | 1,019.45 | 943.00 | 76.45 | 1,019.45 |
| 1001.2 | Morrow Trust, Maxwell | 900.00 | 797.83 | 738.00 | 59.83 | 797.83 |
| 1001.1 | Morrow Trust, William | 900.00 | 797.83 | 738.00 | 59.83 | 797.83 |
| 557.0 | Mosier, Ed & Barbara | 112,898.20 | 100,081.91 | 92,576.52 | 7,505.39 | 100,081.91 |
| 558.0 | Moskau, Mike & Linda | 104,490.00 | 92,628.22 | 85,681.80 | 6,946.42 | 92,628.22 |
| 561.0 | Mulder, Harley | 169,033.49 | 149,844.68 | 138,607.46 | 11,237.22 | 149,844.68 |
| 562.0 | Mullet, Brad & Kari | 6,488.00 | 5,751.48 | 5,320.16 | 431.32 | 5,751.48 |

SEC v. KELSEY GARMAN, et al.  
CASE NO. 04-CV-0354-WDM-BNB  
Interim Distribution and Receiver's Proposed Final Distribution

Exhibit 9

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Approved Interim Distribution Amount (1) | Proposed Final Distribution (2) | Total Amount Distributed |
|---|---|---:|---:|---:|---:|---:|
| 562.1 | Mullet, Jacob | 300.00 | 265.94 | 246.00 | 19.94 | 265.94 |
| 562.2 | Mullet, Kelsey | 300.00 | 265.94 | 246.00 | 19.94 | 265.94 |
| 562.3 | Mullet, Peter | 300.00 | 265.94 | 246.00 | 19.94 | 265.94 |
| 562.4 | Mullet, Whitney | 300.00 | 265.94 | 246.00 | 19.94 | 265.94 |
| 563.0 | Murray, Vera L | 17,590.88 | 15,593.95 | 14,424.52 | 1,169.43 | 15,593.95 |
| 102.8 | Nabholz, Nicholas | 1,225.00 | 1,085.94 | 1,004.50 | 81.44 | 1,085.94 |
| 566.1 | Nafziger, Joel S. | 1,850.00 | 1,639.99 | 1,517.00 | 122.99 | 1,639.99 |
| 566.2 | Nafziger, Katie | 1,850.00 | 1,639.99 | 1,517.00 | 122.99 | 1,639.99 |
| 566.0 | Nafziger, Sanford & Sue | 57,492.22 | 50,965.66 | 47,143.62 | 3,822.04 | 50,965.66 |
| 566.3 | Nafziger, Sara | 2,300.00 | 2,038.90 | 1,886.00 | 152.90 | 2,038.90 |
| 567.0 | Nee, Aletha | 600.00 | 531.89 | 492.00 | 39.89 | 531.89 |
| 964.0 | Neely, Adrien | 100.00 | 88.65 | 82.00 | 6.65 | 88.65 |
| 883.0 | Nelson, Jon E & Pat | 219,126.53 | 194,251.12 | 179,683.75 | 14,567.37 | 194,251.12 |
| 570.0 | Nelson, Vernelle | 9,000.00 | 7,978.31 | 7,380.00 | 598.31 | 7,978.31 |
| 980.0 | Norvell, Todd or Debra | 2,500.00 | 2,216.20 | 2,050.00 | 166.20 | 2,216.20 |
| 576.0 | Olson, Dennis & Eleanor | 34,898.47 | 30,936.77 | 28,616.75 | 2,320.02 | 30,936.77 |
| 577.0 | Olson, Don & Lois | 894.60 | 793.04 | 733.57 | 59.47 | 793.04 |
| 863.0 | Olson, Kayla | 625.00 | 554.05 | 512.50 | 41.55 | 554.05 |
| 863.1 | Olson, Keith | 325.00 | 288.11 | 266.50 | 21.61 | 288.11 |
| 954.0 | Olson, Winston | 14,988.00 | 13,286.55 | 12,290.16 | 996.39 | 13,286.55 |
| 965.0 | Ottaviani, Tim & Lulu | 12,000.00 | 10,637.75 | 9,840.00 | 797.75 | 10,637.75 |
| 895.0 | Padavic, Irene | 5,000.00 | 4,432.40 | 4,100.00 | 332.40 | 4,432.40 |
| 930.0 | Palmer, Celia | 55,000.00 | 48,756.36 | 45,100.00 | 3,656.36 | 48,756.36 |
| 584.0 | Palmer, Gerald | 68,720.00 | 60,918.85 | 56,350.40 | 4,568.45 | 60,918.85 |
| 593.0 | Pepek, Fred & Nancy | 934.60 | 828.50 | 766.37 | 62.13 | 828.50 |
| 600.0 | Phillips, Joan A. | 14,800.00 | 13,119.89 | 12,136.00 | 983.89 | 13,119.89 |
| 982.0 | Porter, Richard & Denise | 7,500.00 | 6,648.59 | 6,150.00 | 498.59 | 6,648.59 |
| 890.0 | Protsman, Sun Im | 30,000.00 | 26,594.38 | 24,600.00 | 1,994.38 | 26,594.38 |
| 955.0 | Quezada, Sixto & Maria | 600.00 | 531.89 | 492.00 | 39.89 | 531.89 |
| 6.1 | Ranew, Jakob | 750.00 | 664.86 | 615.00 | 49.86 | 664.86 |
| 615.0 | Rapp, Brenda | 11,244.09 | 9,967.65 | 9,220.15 | 747.50 | 9,967.65 |
| 617.0 | Rayburn, Lucas | 150.00 | 132.97 | 123.00 | 9.97 | 132.97 |
| 619.0 | Rector, John & Sue | 2,300.00 | 2,038.90 | 1,886.00 | 152.90 | 2,038.90 |
| 990.0 | Reece, Mark & Enid | 15,000.00 | 13,297.19 | 12,300.00 | 997.19 | 13,297.19 |
| 620.0 | Rees, Ron & Kay | 65,906.88 | 58,425.08 | 54,043.64 | 4,381.44 | 58,425.08 |
| 960.0 | Reinertsen, Peter & Ellen | 2,500.00 | 2,216.20 | 2,050.00 | 166.20 | 2,216.20 |
| 623.0 | Richardson, Alan & Karen | 240.00 | 212.76 | 196.80 | 15.96 | 212.76 |
| 625.0 | Roach, Gene | 4,300.00 | 3,811.86 | 3,526.00 | 285.86 | 3,811.86 |
| 865.0 | Robbins, Brent & Martha | 23,600.00 | 20,920.91 | 19,352.00 | 1,568.91 | 20,920.91 |
| 628.0 | Rogers, W.F. & Shirley | 56,000.00 | 49,642.84 | 45,920.00 | 3,722.84 | 49,642.84 |
| 631.1 | Romig, Jonathan | 2,000.00 | 1,772.96 | 1,640.00 | 132.96 | 1,772.96 |
| 631.2 | Romig, Matthew | 1,000.00 | 886.48 | 820.00 | 66.48 | 886.48 |
| 631.3 | Romig, Nathaniel | 2,000.00 | 1,772.96 | 1,640.00 | 132.96 | 1,772.96 |
| 631.0 | Romig, Paul & Ellen | 10,100.00 | 8,953.44 | 8,282.00 | 671.44 | 8,953.44 |
| 633.0 | Rosenow, Richard & Patricia | 16,975.00 | 15,047.99 | 13,919.50 | 1,128.49 | 15,047.99 |
| 636.0 | Row, James & Dolores | 23,105.05 | 20,482.15 | 18,946.14 | 1,536.01 | 20,482.15 |
| 638.0 | Row, Lewis & Joy | 5,235.00 | 4,640.72 | 4,292.70 | 348.02 | 4,640.72 |
| 866.0 | Rowe, Dana | 1,000.00 | 886.48 | 820.00 | 66.48 | 886.48 |
| 639.0 | Rowell, Walter & Edith | 9,490.00 | 8,412.69 | 7,781.80 | 630.89 | 8,412.69 |
| 886.0 | Rust, Anna | 189,513.67 | 167,999.93 | 155,401.21 | 12,598.72 | 167,999.93 |
| 841.0 | Sanders, Tom & Nancy | 19,976.00 | 17,708.31 | 16,380.32 | 1,327.99 | 17,708.31 |
| 649.0 | Sannan, H. Peter | 6,067.13 | 5,378.38 | 4,975.05 | 403.33 | 5,378.38 |
| 653.0 | Schilling, Ed & Lanell | 36,540.00 | 32,391.95 | 29,962.80 | 2,429.15 | 32,391.95 |
| 660.1 | Schoffmann, Abigail | 7,160.00 | 6,347.19 | 5,871.20 | 475.99 | 6,347.19 |
| 660.2 | Schoffmann, Miriam | 2,150.00 | 1,905.93 | 1,763.00 | 142.93 | 1,905.93 |
| 661.0 | Schunter, Naydene | 43,799.29 | 38,827.16 | 35,915.42 | 2,911.74 | 38,827.16 |
| 662.0 | Sebesta, Greg & Trish | 6,000.00 | 5,318.88 | 4,920.00 | 398.88 | 5,318.88 |
| 662.1 | Sebesta, Kelly | 2,300.00 | 2,038.90 | 1,886.00 | 152.90 | 2,038.90 |
| 662.2 | Sebesta, Rachel | 2,300.00 | 2,038.90 | 1,886.00 | 152.90 | 2,038.90 |
| 664.0 | Sellars, Don & Laurie | 9,799.67 | 8,687.20 | 8,035.73 | 651.47 | 8,687.20 |
| 926.0 | Semchenko, Joyce | 23,000.00 | 20,389.02 | 18,860.00 | 1,529.02 | 20,389.02 |
| 665.0 | Shanklin, Myra | 988.00 | 875.84 | 810.16 | 65.68 | 875.84 |
| 670.1 | Shirley Trust, Mamon | 33,098.42 | 29,341.06 | 27,140.70 | 2,200.36 | 29,341.06 |
| 670.0 | Shirley, Mamon | 3,080.00 | 2,730.36 | 2,525.60 | 204.76 | 2,730.36 |
| 111.1 | Simpson, Audra | 12,275.00 | 10,881.53 | 10,065.50 | 816.03 | 10,881.53 |
| 919.0 | Sinclair, Michael & Gail | 37,000.00 | 32,799.73 | 30,340.00 | 2,459.73 | 32,799.73 |
| 683.0 | Slingo, Carol | 41,000.00 | 36,345.65 | 33,620.00 | 2,725.65 | 36,345.65 |
| 978.0 | Smilanic, Steven & Penny | 1,000.00 | 886.48 | 820.00 | 66.48 | 886.48 |
| 686.0 | Smith, Carolyn | 39,932.25 | 35,399.11 | 32,744.45 | 2,654.66 | 35,399.11 |
| 689.0 | Smith, David L. & Donna | 66,425.00 | 58,884.38 | 54,468.50 | 4,415.88 | 58,884.38 |
| 706.0 | Speirs, Randall & Anna | 10,576.00 | 9,375.40 | 8,672.32 | 703.08 | 9,375.40 |

SEC v. KELSEY GARMAN, et al.  
CASE NO. 04-CV-0354-WDM-BNB  
Interim Distribution and Receiver's Proposed Final Distribution

Exhibit 9

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Approved Interim Distribution Amount (1) | Proposed Final Distribution (2) | Total Amount Distributed |
|---|---|---|---|---|---|---|
| 989.0 | Spence (Ludvicek), Ghislaine | 16,211.00 | 14,370.71 | 13,293.02 | 1,077.69 | 14,370.71 |
| 711.0 | Steele Family Living Trust | 39,480.49 | 34,998.63 | 32,374.00 | 2,624.63 | 34,998.63 |
| 712.0 | Steele, John & Darley | 120.00 | 106.38 | 98.40 | 7.98 | 106.38 |
| 953.0 | Steen, Esther M. | 10,000.00 | 8,864.79 | 8,200.00 | 664.79 | 8,864.79 |
| 713.0 | Steere, Anthony & Leigh Ann | 51,080.69 | 45,281.97 | 41,886.17 | 3,395.80 | 45,281.97 |
| 718.0 | Stime, Timothy | 180.00 | 159.57 | 147.60 | 11.97 | 159.57 |
| 912.0 | Stolper, Bob & Kathy | 25,700.00 | 22,782.52 | 21,074.00 | 1,708.52 | 22,782.52 |
| 720.0 | Straarup, Al & Janice | 25,000.00 | 22,161.98 | 20,500.00 | 1,661.98 | 22,161.98 |
| 723.0 | Straney, Donal & Sally | 2,205.77 | 1,955.37 | 1,808.73 | 146.64 | 1,955.37 |
| 724.0 | Straney, Lory C. | 100.00 | 88.65 | 82.00 | 6.65 | 88.65 |
| 723.1 | Straney, Sally (Inheritance) | 19,851.93 | 17,598.32 | 16,278.58 | 1,319.74 | 17,598.32 |
| 887.0 | Strege, Joshua N. | 120.00 | 106.38 | 98.40 | 7.98 | 106.38 |
| 725.0 | Strege, Micah | 120.00 | 106.38 | 98.40 | 7.98 | 106.38 |
| 726.0 | Strickfaden, Jeff & Carla | 333,488.00 | 295,630.19 | 273,460.16 | 22,170.03 | 295,630.19 |
| 830.0 | Stuart, Reta | 64,316.32 | 57,015.08 | 52,739.38 | 4,275.70 | 57,015.08 |
| 730.0 | Sullivan, James & Louella | 116,550.50 | 103,319.60 | 95,571.41 | 7,748.19 | 103,319.60 |
| 945.0 | Sundby, Jr, Gordon E. & Marilyn F. | 30,000.00 | 26,594.38 | 24,600.00 | 1,994.38 | 26,594.38 |
| 853.1 | Swift, Jennifer | 5,249.27 | 4,653.37 | 4,304.40 | 348.97 | 4,653.37 |
| 853.0 | Swift, Russell & Martha | 4,246.20 | 3,764.17 | 3,481.88 | 282.29 | 3,764.17 |
| 853.2 | Swift, Sarah | 5,245.48 | 4,650.01 | 4,301.29 | 348.72 | 4,650.01 |
| 81.0 | The Kent S. & Betty D. Brownlow Family Trust | 13,708.83 | 12,152.59 | 11,241.24 | 911.35 | 12,152.59 |
| 490.0 | The Licata Trust | 17,100.00 | 15,159.58 | 14,022.72 | 1,136.86 | 15,159.58 |
| 411.0 | The Robert E & Anita Joan Jensen Family Trust | 59,046.68 | 52,343.66 | 48,418.28 | 3,925.38 | 52,343.66 |
| 1002.0 | Thompson Family Trust, UA 7-8-1986, James H. & Anna R. | 125,000.00 | 110,809.91 | 102,500.00 | 8,309.91 | 110,809.91 |
| 845.0 | Thut, Myrtis | 1,000.00 | 886.48 | 820.00 | 66.48 | 886.48 |
| 29.0 | Tinkle, Robyn | 60,000.00 | 53,188.75 | 49,200.00 | 3,988.75 | 53,188.75 |
| 981.0 | Trippe, C. Vinson & Anne C. | 5,100.00 | 4,521.04 | 4,182.00 | 339.04 | 4,521.04 |
| 749.0 | Troyer, Dean & Clytice | 8,660.00 | 7,676.91 | 7,101.20 | 575.71 | 7,676.91 |
| 750.1 | Trujillo, Erin | 200.00 | 177.30 | 164.00 | 13.30 | 177.30 |
| 750.2 | Trujillo, Josiah | 200.00 | 177.30 | 164.00 | 13.30 | 177.30 |
| 754.0 | Uchida, Melvyn & Mary Louise | 18,183.23 | 16,119.06 | 14,910.25 | 1,208.81 | 16,119.06 |
| 756.1 | Van Hal, Marie | 63,025.00 | 55,870.35 | 51,680.50 | 4,189.85 | 55,870.35 |
| 756.2 | Van Hal, Mary P. | 6,850.00 | 6,072.38 | 5,617.00 | 455.38 | 6,072.38 |
| 756.3 | Van Hal, Matthew | 55,512.88 | 49,211.02 | 45,520.56 | 3,690.46 | 49,211.02 |
| 939.0 | Van Hal, Michael | 49,425.28 | 43,814.48 | 40,528.73 | 3,285.75 | 43,814.48 |
| 871.0 | Van Hal, Michele | 40,742.75 | 36,117.60 | 33,409.06 | 2,708.54 | 36,117.60 |
| 759.0 | Van Tress, Eugene Jr & Joyce | 36,500.00 | 32,356.49 | 29,930.00 | 2,426.49 | 32,356.49 |
| 766.0 | Visser, Evan & Jill | 4,128.59 | 3,659.91 | 3,385.44 | 274.47 | 3,659.91 |
| 767.0 | Visser, Jeff & Cathy | 1,275.00 | 1,130.26 | 1,045.50 | 84.76 | 1,130.26 |
| 819.0 | Voelker, Ted & Lisa | 952.00 | 843.93 | 780.64 | 63.29 | 843.93 |
| 769.2 | Wagner (ICRU Trust), Gary | 90,626.68 | 80,338.67 | 74,313.88 | 6,024.79 | 80,338.67 |
| 769.0 | Wagner Trust #10470, Gary | 50,000.00 | 44,323.96 | 41,000.00 | 3,323.96 | 44,323.96 |
| 769.1 | Wagner, Garrett | 2,700.00 | 2,393.49 | 2,214.00 | 179.49 | 2,393.49 |
| 769.3 | Wagner, Logan | 2,000.00 | 1,772.96 | 1,640.00 | 132.96 | 1,772.96 |
| 993.0 | Walker, Roland & Jean | 35,000.00 | 31,026.77 | 28,700.00 | 2,326.77 | 31,026.77 |
| 948.0 | Watkins, Grace | 30,000.00 | 26,594.38 | 24,600.00 | 1,994.38 | 26,594.38 |
| 209.0 | Watkins, Rachel | 14,650.00 | 12,986.92 | 12,013.00 | 973.92 | 12,986.92 |
| 906.0 | Weeks, Bethany | 4,469.86 | 3,962.44 | 3,665.29 | 297.15 | 3,962.44 |
| 889.0 | Weeks, Dwight & Joan | 12,557.31 | 11,131.79 | 10,296.99 | 834.80 | 11,131.79 |
| 988.0 | Weeks, Jared | 525.00 | 465.40 | 430.50 | 34.90 | 465.40 |
| 899.0 | Weeks-Fischer, Danielle | 2,185.14 | 1,937.08 | 1,791.81 | 145.27 | 1,937.08 |
| 777.0 | Wegner, Ruby | 39,398.50 | 34,925.95 | 32,306.77 | 2,619.18 | 34,925.95 |
| 779.0 | Weidner, Arthur & Dianne | 55,640.00 | 49,323.70 | 45,624.80 | 3,698.90 | 49,323.70 |
| 780.0 | Weimer, Vernon & Susan | 5,242.42 | 4,647.30 | 4,298.78 | 348.52 | 4,647.30 |
| 973.0 | Wheaton, Tom & Angela | 5,775.00 | 5,119.42 | 4,735.50 | 383.92 | 5,119.42 |
| 786.0 | Whitson, Mildred M. | 2,087.53 | 1,850.55 | 1,711.77 | 138.78 | 1,850.55 |
| 797.0 | Wolfe, Bruce & Rosemary | 53,860.00 | 47,745.77 | 44,165.20 | 3,580.57 | 47,745.77 |
| 797.1 | Wolfe, Sompour | 100.00 | 88.65 | 82.00 | 6.65 | 88.65 |
| 80.1 | World Harvest Now | 441,826.05 | 391,669.62 | 362,297.36 | 29,372.26 | 391,669.62 |
| 800.0 | Wright, Barbara A. | 11,008.85 | 9,759.12 | 9,027.26 | 731.86 | 9,759.12 |
| 802.0 | Wright, Dick & Vera | 575.00 | 509.73 | 471.50 | 38.23 | 509.73 |
| 967.0 | Wright, Eugene C. & Lois A. | 3,200.00 | 2,836.73 | 2,624.00 | 212.73 | 2,836.73 |
| 974.1 | Wyatt Rev. Liv. Tr. 1/14/99 | 275,000.00 | 243,781.79 | 225,500.00 | 18,281.79 | 243,781.79 |
| 803.0 | Wynn, Nancy | 12,541.63 | 11,117.89 | 10,284.14 | 833.75 | 11,117.89 |
| 804.0 | York, E. Janice | 203.64 | 180.52 | 166.98 | 13.54 | 180.52 |
| 929.0 | Zal, Aimai | 36,431.80 | 32,296.03 | 29,874.08 | 2,421.95 | 32,296.03 |
| 808.0 | Zeinstra, Stan & Millie | 50,000.00 | 44,323.96 | 41,000.00 | 3,323.96 | 44,323.96 |
| 670.2 | Zellers, Stephanie | 5,000.00 | 4,432.40 | 4,100.00 | 332.40 | 4,432.40 |
| 907.0 | Zimmerman, Arthur & Debra | 19,150.00 | 16,976.08 | 15,703.00 | 1,273.08 | 16,976.08 |
| | Totals | $ 10,386,141.50 | $ 9,207,098.88 | $ 8,516,635.99 | $ 690,462.89 | $ 9,207,098.88 |

SEC v. KELSEY GARMAN, et al.  
CASE NO. 04-CV-0354-WDM-BNB  
Interim Distribution and Receiver's Proposed Final Distribution

Exhibit 9

| Member ID | Name | Allowed Claim Amount | Amount After Proportionate Deduction | Approved Interim Distribution Amount (1) | Proposed Final Distribution (2) | Total Amount Distributed |
|---|---|---|---|---|---|---|
| | Total of Distributions as a Percent of Allowed Claimed Amount | 88.64792406% | | | | |
| | Court-approved Interim Distribution Amount | $ 8,516,635.99 | | | | |
| | Anticipated Remaining Funds Available for Distribution | $ 690,462.84 | | | | |
| | Total Funds Distributed | $ 9,207,098.83 | | | | |

(1) - Mailed to all Claimants in April 2006.  
(2) - Due to rounding, slightly different than the aggregate of the proposed Final Distribution.