IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 04-cv-00354-PAB-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KELSEY L. GARMAN et al.,

    Defendants.

_____

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
_____

    This matter is before the Court on the Recommendation of United States Magistrate Judge Boyd N. Boland filed on February 25, 2009 [Docket No. 210]. The Recommendation states that objections to the Recommendation must be filed within ten days after its service on the parties. *See also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on February 25, 2009. No party has objected to the Recommendation. Accordingly, it is

    **ORDERED** as follows:

    1. The Recommendation of United States Magistrate Judge [Docket No. 210] is ACCEPTED.

    2.  The Motion for Order Closing Estate and Discharging Receiver [Docket No.207] is GRANTED, and the Receiver is discharged.

DATED April 29, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge